UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLENAYRE ELECTRONICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 02 C 0256 |
| | ) | |
| v. | ) | Honorable Harry D. Leinenweber |
| | ) | Magistrate-Judge Ian H. Levin |
| PHILIP JACKSON, an individual, | ) | |
| | ) | |
| Defendant. | ) | |
| PHILIP JACKSON, | ) | |
| | ) | |
| Counterclaim-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GLENAYRE ELECTRONICS, INC., | ) | |
| METROCALL, INC.; ARCH WIRELESS, | ) | |
| INC., PRIMECO PERSONAL | ) | |
| COMMUNICATIONS, L.P., and | ) | |
| JOHN DOES (1-10), | ) | |
| | ) | |
| Counterclaim-Defendants. | ) | |

DOCKETED
APR 16 2002

FILED
APR 15 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## ANSWER AND COUNTERCLAIM OF PHILIP JACKSON

Defendant, Philip S. Jackson ("Jackson") answers the Complaint of Plaintiff, Glenayre

Electronics, Inc. ("Glenayre") as follows:

### Jurisdiction and Venue

1.      This is an action for a declaratory judgment under 28 U.S.C. §2201. Glenayre seeks
a declaratory judgment that none of its products infringe any claim of U.S. Patent No. 4,596,900 (the
"'900 patent," or the "Jackson patent"). This Court has subject matter jurisdiction pursuant to 28
U.S.C. §§1338(a) and 2201. Venue is proper in this district under 28 U.S.C. §1391(b).

**ANSWER:**

Jackson admits that Glenayre seeks declaratory relief under 28 U.S.C. §2201 and that this Court has jurisdiction pursuant to 28 U.S.C. §1338(a). Otherwise, Jackson denies the allegations of paragraph 1.

### Parties

2.     Glenayre is a Colorado corporation having a principal office at 11360 Lakefield Drive, Duluth, Georgia 30097. Glenayre is licensed to and does carry on business activities within this district.

**ANSWER:**

Jackson admits that Glenayre is a Colorado corporation having an office at 11360 Lakefield Drive, Duluth, Georgia 30097. Jackson is without adequate information to admit or deny the allegation that "Glenayre is licensed to and does carry on business activities within this district," and, therefore, can neither admit nor deny that allegation.

3.     Upon information and belief, Defendant Jackson is an individual residing in Park Ridge, Illinois, and is the owner of all right, title and interest in the '900 patent.

**ANSWER:**

Admitted.

4.     There is a case of actual controversy between Glenayre and Jackson concerning infringement of U.S. Patent No. 4,596,900 in that Jackson, through his counsel, has accused Glenayre of infringing the '900 patent.

**ANSWER:**

Admitted that there is now a case or actual controversy over Mr. Jackson's right to relief against Glenayre as a contributory infringer and for inducement and for direct infringement against

certain users of Glenayre equipment for damages and injunctive relief for direct infringement.

Denied that there was any actual controversy at the time of filing of Glenayre's Complaint.

## Factual Background

5.     Glenayre is engaged in the business of developing and providing leading edge personal communications systems for the global market.  Glenayre's products include one-way and two-way wireless messaging infrastructure equipment that, among other things, provide for the storage and retrieval of voicemail messages.

**ANSWER:**

Jackson admits that Glenayre provides voicemail and wireless messaging communication

systems and equipment; otherwise denied.

6.     Glenayre is a pioneer and leader in various technologies relating to personal communications.  Since its inception more than thirty-five years ago, Glenayre has invested well over one hundred million dollars in research and development and has obtained approximately 80 patents on technologies it has developed.  Glenayre's products are the result of Glenayre's own substantial design and development efforts achieved through the expenditure of considerable time, effort and money on its part.

**ANSWER:**

Jackson is without adequate information to admit or deny the allegations of paragraph 6 of

the Complaint and, therefore, denies the same.

7.     On December 19, 2001, Jackson, through his counsel, Raymond P. Niro, sent Glenayre's chief legal officer, Kevin Cranman, correspondence alleging that, "[a]ny of Glenayre's telephone or voice mail services (including specifically, the 'beeperless' or 'tone' remote controls) are covered by the claims of the Jackson '900 patent."  (See Dec. 19, 2001 corresp. attached as Exhibit A).  Mr. Niro's correspondence included a license that Mr. Niro urged Cranman to execute, saying:

> Mr. Jackson proposes a simple settlement and license that will fully
> release Glenayre from liability under any of his patents and will grant
> a covenant not to sue and paid-up license for the future.  In the case
> of Glenayre, the lump-sum amount required for such a license is
> dependent upon Glenayre's sales volumes. [M]r. Jackson very much

> would like to amicably and promptly resolve all issues with Glenayre
> through a settlement, rather than through litigation ...

Exhibit A to Plaintiff's Complaint, pp. 5-6.

**ANSWER:**

Jackson admits that Jackson's counsel sent a letter to Glenayre Electronics Inc. at the request

of Glenayre's counsel on December 19, 2001, and that Exhibit A to the Complaint is a copy of that

letter. Jackson admits that the portion of the letter quoted is accurately quoted. Jackson denies the

other characterizations and allegations of paragraph 7 of the Complaint.

8.    Mr. Niro's December 19, 2001 letter followed on the heels of actual litigation instituted by Jackson against several of Glenayre's customers based on similar allegations of patent infringement.

**ANSWER:**

Jackson admits that on October 17, 2001 he filed Civil Action No. 01 C 8001 in the Northern

District of Illinois against Illinois Bell Telephone Company d/b/a Ameritech Illinois, Ameritech

Corp., SBC Communications, Inc., VTech Telecommunications Limited, VTech Communications,

Inc., Nortel Networks, Inc. and TDS Metrocom, Inc. and on October 19, 2001 he filed Civil Action

No. 01-RB-2072 in the District of Colorado against Qwest Corporation, Time Warner Telecom

General Partnership, Time Warner Telecom Holdings, Inc., Time Warner Telecom of Colorado LLC,

E.Spire Communications, Inc. and Pac-West Telecomm, Inc.   Jackson is without adequate

information to admit or deny the other allegations of paragraph 8 of the Complaint and, therefore,

denies the same.

9.    On information and belief, Jackson filed the application leading to the '900 patent on June 23, 1983.  On information and belief, the '900 patent issued on June 24, 1986 and initially contained seven independent and ten dependent claims.  A copy of the '900 patent as originally issued by the United States Patent and Trademark Office ("USPTO") is attached as Exhibit B.  Since

the time of its initial issuance, Jackson has sought to modify and add to the claims of his '900 patent. On October 10, 1995 the USPTO issued a first Reexamination Certificate wherein Claims 2, 4, 13, 14 and 16 of the '900 patent were amended. A copy of the first Reexamination Certificate issued by the USPTO in connection with the '900 patent is attached as Exhibit C. On August 26, 1997, the USPTO issued a second Reexamination Certificate wherein Claims 1, 3, 4, 5, 7, 8, 10, 11 and 15 of the '900 patent were amended and wherein ninety-nine (99) entirely new claims were added. A copy of the second Reexamination Certificate is issued by the USPTO in connection with the '900 patent is attached as Exhibit D.

**ANSWER:**

Jackson admits that he filed a patent application on June 23, 1983 that issued as United States Patent No. 4,596,900 ("the '900 patent") and that a copy of the '900 patent is attached as Exhibit B to the Complaint. Jackson further admits that on October 10, 1995, Reexamination Certificate B1 4,596,900 was issued by the United States Patent and Trademark Office and that a copy of the first Reexamination Certificate is attached as Exhibit C to the Complaint. Jackson admits that a second Reexamination Certificate B2 4,596,900 was issued by the United States Patent and Trademark Office and that a copy of the second Reexamination Certificate is attached as Exhibit D to the Complaint.

**Patent Non-Infringement**

10.     Plaintiff realleges each and every allegation set forth in paragraphs 1-9 above as if fully set forth herein.

**ANSWER:**

Jackson incorporates by reference all his prior answers to paragraphs 1 through 9 above.

11.     Defendant Jackson has asserted and continues to assert that Glenayre infringes the '900 patent (see Jackson's allegation, quoted at paragraph 7, above).

**ANSWER:**

Jackson admits that he now asserts that Glenayre has contributorily infringed and induces

others to infringe the '900 patent and has asserted and continues to assert that some of Glenayre's

customers infringe the '900 patent; otherwise, denied.

12. Jackson's allegations of patent infringement are wholly without merit. Each of the one hundred sixteen claims of the '900 patent, as reexamined, calls for one or more elements not contained in any Glenayre product.

**ANSWER:**

Denied.

13. Independent Claims 1 and 59, and Claims 2, 13, 14, 16, 18-22 and 60-68 dependent thereon, each specify a "phone-line-linked, tone-operated control apparatus" having "dual state means" and "gating means." None of Glenayre's products includes "dual state means" or "gating means" as required by these claims.

**ANSWER:**

Jackson admits that claims 1 and 59, and any dependent claims, recite a "phone-line-linked,

tone operated control apparatus," "dual state means" and "gating means" as well as reciting

additional claim language that may or may not affect the meaning or construction of the quoted

claim language; otherwise, denied.

14. Independent Claims 3 and 69, and Claims 4, 23-30 and 70-78 dependent thereon, each specify a "phone-line-linked, tone operated control apparatus" having "sequence detecting means" coupled to "logic gate means" and "flip-flop means." None of Glenayre's products includes sequence detecting means coupled to "logic gate means" and "flip-flop means" as required by these claims.

**ANSWER:**

Jackson admits that claims 3 and 69, and any claims dependent on claims 3 and 69, recite a

"phone-line-linked, tone operated control apparatus," "logic gate means" and "flip-flop means" as

well as reciting additional claim language that may or may not affect the meaning or construction

of the quoted claim language; otherwise, denied.

15.    Independent Claims 5, 15, 79 and 112, and Claims 6, 8, 9, 31-37, 55-58, 80-89, and 113-116 dependent thereon, each specify a "phone-line-linked, tone operated control apparatus" having "access limiting circuit means" including "gate means" or "gating circuit means." None of Glenayre's products includes "access limiting circuit means" including "gate means" or "gating circuit means" as required by these claims.

**ANSWER:**

Jackson admits that claims 5, 15, 79 and 112 and any claims dependent from claims 5, 15, 79 and 112 recite a "phone-line-linked, tone operated control apparatus," "access limiting circuit means" and ("gate means" or "gating circuit means") as well as reciting additional claim language that may or may not affect the meaning or construction of the quoted claim language; otherwise, denied.

16.    Independent Claims 7 and 90, and Claims 38-43 and 91-96 dependent thereon, each specify a "phone-line-linked, tone operated control apparatus" having "access limiting circuit means," and "enabling circuit means." Independent Claims 11 and 105, and Claims 12, 17, 51-54 and 106-111 dependent thereon, each specify an "access limiting apparatus" having "enabling circuit means." None of Glenayre's products includes "access limiting circuit means" including "enabling circuit means" as required by these claims.

**ANSWER:**

Jackson admits that claims 7 and 90 and any claims dependent on claims 7 and 90 recite a "phone-line-linked, tone operated control apparatus," access limiting circuit means" and "enabling circuit means" as well as reciting additional claim language. Jackson further admits that claims 11 and 105, and any claims dependent on claims 11 and 105, recite an "access limiting circuit means," and an "enabling circuit means" as well as additional claim language that may or may not affect the meaning or construction of the quoted claim language; otherwise, denied.

17.    Independent Claims 10 and 97 and Claims 44-50 and 98-104 dependent thereon, each specify a "phone-line-linked, tone operated control apparatus" having "switching means," "feedback means" and "gate means" coupled to "answering circuit means." None of Glenayre's products

7

includes "switching means," "feedback means" and "gate means" coupled to "answering circuit means" as required by these claims.

**ANSWER:**

Jackson admits that claims 10 and 97 and any claims dependent on claims 10 and 97 recite a "phone-line-linked, tone operated control apparatus," "switching means," "feedback means" and "gate means" as well as additional claim language that may or may not affect the meaning or construction of the quoted claim language; otherwise, denied.

18.     Pursuant to 28 U.S.C. §§2201 and 1338(a), Glenayre is entitled to a judgment declaring that Glenayre does not infringe any claim of the '900 patent.

**ANSWER:**

Denied.

### COUNTERCLAIM AGAINST GLENAYRE, METROCALL, PRIMECO AND JOHN DOES (1-10) FOR CONTRIBUTORY INFRINGEMENT AND INDUCEMENT AND AGAINST CERTAIN USERS OF ITS EQUIPMENT FOR DIRECT INFRINGEMENT

Counterclaim-Plaintiff, Philip Jackson ("Jackson") counterclaims of Counterclaim-Defendants, Glenayre Electronics, Inc., Metrocall, Inc., Arch Wireless, Inc. PrimeCo Personal Communications, L.P., and John Does (1-10) as follows:

1.     This is a counterclaim for patent infringement arising under 35 U.S.C. §§271 and 281.

### The Parties

2.     Jackson is an individual residing in this judicial district in Park Ridge, Illinois.

3.     Counterclaim-Defendant, Glenayre Electronics, Inc. ("Glenayre"), is a Colorado corporation that transacts business activities in this judicial district.

4.      TDS Metrocom, Inc. provides telecommunication services to the public using equipment purchased from Glenayre that permits remote access to and TOUCH-TONE control of voice mail and other services.

5.      TDS Metrocom, Inc. is a defendant in Civil Action No. 01 C 8001 pending in the United States District Court for the Northern District of Illinois.

6.      Pac-West Telecomm, Inc. provides telecommunication services to the public using equipment purchased from Glenayre that permits remote access to and TOUCH-TONE control of voice mail and other services.

7.      Pac-West Telecomm, Inc. is a defendant in Civil Action No. 01-RB-2072 pending in the District of Colorado.

8.      Metrocall, Inc. ("Metrocall") is a Delaware corporation having its principal place of business at 6677 Richmond Highway, Alexandria, Virginia 22306 and has an office located at 100 S. Wacker Drive, Chicago, Illinois 60606.

9.      Metrocall provides telecommunications services in the State of Illinois using equipment purchased from Glenayre that permits remote access to and TOUCH-TONE control of voice mail and other services.

10.     Arch Wireless, Inc. ("Arch Wireless") is a Delaware corporation having a principal place of business at 1800 West Park Drive, Suite 250, Westbrough, Massachusetts 01581 and having an office located at 1701 East Woodfield Road, Suite 820, Schaumburg, Illinois 60173.

11.     Arch Wireless provides telecommunications services in Illinois using equipment purchased from Glenayre that permits remote access to and TOUCH-TONE control of voice mail and other services.

12.     PrimeCo Personal Communications, L.P. ("PrimeCo") is a limited partnership having its headquarters at One Pierce Place, Suite 1100, Itasca, Illinois 60143.

13.     PrimeCo provides telecommunications services in Illinois using equipment purchased rom Glenayre that permits remote access to and TOUCH-TONE control of voice mail and other services.

14.     Like, Metrocall, Arch Wireless and PrimeCo, other companies provide telecommunication services to the public using equipment purchased from Glenayre that permits remote access to and TOUCH-TONE control of voicemail and other services. Such companies, like Metrocall, Arch Wireless and PrimeCo, directly infringe the asserted claims of the '900 patent by adopting Glenayre's equipment for phone-line-linked, TOUCH-TONE access operation.

15.     Glenayre has refused to identify those customers that have purchased and are using its equipment that permits remote access to and TOUCH-TONE control of paging, voicemail and other services.

16.     Counterclaim-Defendants, John Does (1-10), are customers of Glenayre that provide telecommunication services to the public using equipment purchased from Glenayre that permit remote access to and TOUCH-TONE control of paging, voicemail and other telecommunications services.

17.     Jackson owns all right, title and interest in and has standing to sue for infringement of United States Patent No. 4,596,900 entitled "Phone-Line-Linked, Tone-Operated Control Device" (the '900 patent) (Exhibit 1). The '900 patent has been reexamined three times and issued Reexamination Certificates B1 and B2 (Exhibit 2).

### Jurisdiction and Venue

18.     This Court has subject matter jurisdiction under 28 U.S.C. §1338 (original and exclusive jurisdiction in patent cases) and under 35 U.S.C. §§271 and 281 (patent infringement).

19.     Venue in this district is proper under 28 U.S.C. §1400(b).

### Background Facts

20.     The '900 patent was issued by the United States Patent and Trademark Office ("PTO") to Mr. Jackson on June 24, 1986. Dr. Kazuo Hashimoto, widely known as the inventor of the basic telephone answering machine and inventor of over 1,000 patents worldwide, filed a Request for Reexamination of the '900 Patent to challenge its validity. The PTO then reexamined the '900 patent and issued a Reexamination Certificate with only a few minor, clarifying amendments, confirming the validity of the 17 claims of the patent.

21.     Matsushita (Panasonic) then filed two more Requests for Reexamination. The PTO, after still further consideration of approximately 300 items of prior art, confirmed the validity of the '900 patent and permitted Mr. Jackson to add 99 new claims. The PTO issued another Reexamination Certificate, finding 116 claims patentable over all of the approximately 300 diverse items of prior art references.

22.     The Jackson '900 patent has now been widely recognized by numerous companies who have accepted licenses under the patent, including Sony, Matsushita (Panasonic), Sanyo, Thomson, Uniden, Cobra and Samsung.

### Patent Infringement

23.     Defendant Glenayre has infringed at least claims 1, 3, 5, 7, 15, 59, 69, 79, 90 and 112

of the '900 patent through acts of contributory infringement or inducement in violation of 35 U.S.C. §271.

24. Glenayre's customers, such as Metrocall, Arch Wireless, PrimeCo and John Does (1-10) have purchased and used the hardware from Glenayre to directly infringe at least claims 1, 3, 5, 7, 15, 59, 69, 79, 90 and 112 of the '900 patent in violation of 35 U.S.C. §271.

25. The direct infringement by users of Glenayre's equipment by Metrocall, Arch Wireless, PrimeCo and John Does (1-10) have injured Jackson and Jackson is entitled to recover damages from them adequate to compensate him for such infringement, but in no event less than a reasonable royalty. To the extent damages are recovered against Glenayre's customers, Mr. Jackson seeks injunctive relief (not damages) from Glenayre, who is a contributory infringer and inducer of infringement.

26. Glenayre's, Metrocall's, Arch Wireless', PrimeCo's and John Does' (1-10) infringement, contributory infringement and/or inducement to infringe has been willful and deliberate and has injured and will continue to injure Jackson, unless and until this Court enters an injunction prohibiting further infringement and, specifically, enjoining further manufacture, use, sale and/or offer for sale of products or services that come within the scope of the '900 patent.

WHEREFORE, defendant-counterclaim plaintiff, Philip Jackson, asks this Court to enter judgment, individually and jointly against counterclaim defendants, Glenayre Electronics, Inc., Metrocall, Inc., Arch Wireless, Inc., PrimeCo Personal Communications, L.P., and John Does (1-10), their subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with them, granting the following relief:

A. An award of damages adequate to compensate Jackson for the infringement that has

occurred by Glenayre's customers Metrocall, Arch Wireless, PrimeCo and John Does (1-10), to the extent full recovery (based upon their customers' acts of direct infringement) is not obtained against Glenayre, together with prejudgment interest from the date infringement of the '900 patent began;

B.    All other damages permitted by 35 U.S.C. §284;

C.    A finding that this case is exceptional and an award to Philip Jackson of attorneys' fees and costs as provided by 35 U.S.C. §285;

D.    As to Glenayre, Metrocall, Arch Wireless, PrimeCo and John Does (1-10), the grant of a permanent injunction prohibiting further infringement, inducement and contributory infringement of the '900 patent; and

E.    Such other and further relief as this Court or a jury may deem proper and just.

### JOHN DOES (1-10)

Mr. Jackson will formally name the other direct infringers John Does (1-10) and serve them individually once their identities become known.

### JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Jackson requests a trial by jury on all issues presented in this counterclaim.

PHILIP JACKSON,

Raymond P. Niro
Robert P. Greenspoon
NIRO, SCAVONE, HALLER AND NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
Attorneys for Philip Jackson

13

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **ANSWER AND COUNTERCLAIM OF PHILIP JACKSON** was served upon the below-listed counsel:

By Federal Express      Philip P. Mann
Gregory F. Wesner
Thomas M. Donahue, Jr.
Christensen O'Connor Johnson Kindness
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101
(206) 682-8100

By Messenger Delivery    Jeffrey Cole
Andrew Staes
Cole & Staes, Ltd.
321 S. Plymouth Court
Suite 1150
Chicago, IL 60604
(312) 697-0200
*Attorneys for Glenayre Electronics, Inc.*

on this **15th** day of April, 2002.

# United States Patent [19]

## Jackson

[11] Patent Number: 4,596,900

[45] Date of Patent: Jun. 24, 1986

[54] PHONE-LINE-LINKED, TONE-OPERATED CONTROL DEVICE

[76] Inventor: Philip S. Jackson, 5305 N. Neenah, Chicago, Ill. 60656

[21] Appl. No.: 507,702

[22] Filed: Jun. 23, 1983

[51] Int. Cl.⁴ .................... H04M 11/00
[52] U.S. Cl. .................... 179/2 A; 179/84 VF; 179/6.11; 179/5 R
[58] Field of Search .......... 179/2 A, 2 AM, 5 R, 179/5 P, 6.16, 6.11, 6.13, 6.07, 6.03, 84 VF

[56]                References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,829,616 | 8/1974 | Blouch | 179/2 A |
| 3,902,016 | 8/1975 | Blouch | 179/2 A |
| 3,992,587 | 11/1976 | Puckett et al. | 179/2 A X |
| 4,006,316 | 2/1977 | Bolgiano | 179/2 A |
| 4,121,053 | 10/1978 | Dick | 179/2 A |
| 4,491,690 | 1/1985 | Daley | 179/2 A |

Primary Examiner—James L. Dwyer
Attorney, Agent, or Firm—Trexler, Bushnell & Wolters, Ltd.

[57]                ABSTRACT

A phone-line-linked, tone-operated control apparatus in accordance with the invention comprises a detecting circuit coupled to a telephone line for detecting at least one predetermined sequence of predetermined tone signals received on the telephone line and for producing a corresponding sequence detection signal. An additional control circuit is responsive to the sequence detection signal for producing a corresponding control signal. Preferably, a break-in prevention circuit prevents access to the control apparatus unless a predetermined access code is first given.

17 Claims, 6 Drawing Figures



EXHIBIT 1



FIG. 1



_FIG. 2_



1

## PHONE-LINE-LINKED, TONE-OPERATED CONTROL DEVICE

### BACKGROUND OF THE INVENTION

The invention is directed generally to the control arts, and more particularly to a novel apparatus for producing control signals in response to the reception of predetermined tone signals over a telephone line.

In recent years, increasing attention has been given to the field of home electronics and the like. With the advent of modern telephonic communication, as well as the availability of home computers and the like, a number of applications of such systems to home or personal use have been developed. For example, it has been suggested that home computers be utilized to control, through suitable interface devices, various devices in the home such as heating and air conditioning systems, lighting, appliances, and the like.

However, home computers and the necessary interface devices for performing such automatic control functions are still relatively expensive. Moreover, most such computers and other devices require some degree of skill or expertise in their installation and operation. Accordingly, the average consumer may not readily be able to utilize such computer control applications because of either financial considerations or lack of requisite knowledge and skills.

Advantageously, the present invention proposes a phone-line-linked, tone-operated control device for producing suitable control signals for use in home automatic or remote control applications. Moreover, the apparatus of the invention operates automatically in response to tone signals of the type produced by ordinary Touch-Tone telephones over conventional telephone lines. More specifically, any device producing tones commonly known as DTMF tones, such as Touch-Tone telephones, can be utilized to operate the apparatus of the invention. Accordingly, the consumer need only understand the operation of a conventional Touch-Tone telephone to utilize the present invention. That is, no special transmitting unit or device is required, whether permanently installed or a portable unit to be carried by the user. Rather, the invention may be operated from any available telephone transmitter.

Additionally, a preferred form of the invention contemplates prevention of unauthorized access or usage of the foregoing control system. To this end, a preferred form of the invention also provides a novel break-in prevention feature, which requires the entry of a selectible code over a Touch-Tone telephone line, to permit access to the remote control features of the invention. Again, however, no special transmitting unit or other device is required, the necessary code being in the form from the tones provided by any conventional, available Touch-Tone type telephone receiver.

### OBJECTS AND SUMMARY OF THE INVENTION

Accordingly, it is a general object of the invention to provide a novel and improved remote control device which requires no special training or expertise to utilize.

A more specific object is to provide a phone-line-linked control device for performing a control function in response to conventional tone signals transmitted over a conventional telephone line.

A related object is to provide apparatus in accordance with the foregoing objects which is relatively

2

simple and inexpensive and yet highly reliable in operation.

Briefly, and in accordance with the foregoing objects, a phone-line-linked, tone-operated control apparatus in accordance with the invention comprises detecting means coupled to a telephone line for detecting at least one predetermined sequence of predetermined tone signals received on said telephone line and for producing a corresponding sequence detection signal; and control means responsive to said sequence detection signal for producing a corresponding control signal.

In accordance with a preferred form of the invention an access limiting apparatus is also coupled with the control apparatus and prevents operation thereof until an access code comprising a predetermined sequence of predetermined tone signals is first received.

### BRIEF DESCRIPTION OF THE DRAWINGS

The features of the present invention which are believed to be novel are set forth with particularity in the appended claims. The organization and manner of operation of the invention, together with further objects and advantages thereof, may best be understood by reference to the following description taken in connection with the accompanying drawings in the several figures of which like reference numerals identify like elements, and in which:

FIG. 1 is a block diagram of a control system utilizing apparatus in accordance with the invention;

FIG. 2 is a schematic circuit diagram illustrating further details of the apparatus of the invention;

FIG. 3 is a schematic circuit diagram illustrating one portion of a novel break-in prevention circuit in accordance with a preferred form of the invention;

FIG. 4 is a schematic circuit diagram of a further portion of the break-in prevention circuit of FIG. 3;

FIG. 5 is a schematic circuit diagram of a still further portion of the break-in prevention circuit of FIGS. 3 and 4; and

FIG. 6 is a schematic circuit diagram of one form of feedback circuitry in accordance with a preferred form of the invention.

### DETAILED DESCRIPTION OF THE ILLUSTRATED EMBODIMENT

Referring now to the drawings and initially to FIG. 1 apparatus in accordance with the invention is illustrated in the form of a control system, designated generally by the reference numeral 10. The control system 10 is linked to conventional telephone lines 12 by means of a suitable, conventional isolation apparatus 14, generally in parallel circuit with a conventional telephone receiver 16.

A dual-tone, multiple-frequency (DTMF) decoder 20 and a suitable automatic answering circuit 22 are generally coupled in parallel circuit with the telephone receiver 16. Briefly, the DTMF decoder 20 produces standard logic-level signals in response to the dual-tone frequencies generated by conventional push-button or "Touch-Tone" telephone apparatus. Additionally, the DTMF decoder 20 produces analog signals in response to the conventional tip/ring voltages, scaled down for use in the other circuitry, as will be described presently.

An additional decoding and control logic circuit 24 receives the signals from the DTMF decoder 20. In accordance with a feature of the invention, this decod

5

decoder 20 at its output 46. Different logic contents corresponding to different code sequences may be selected without departing from the invention, by the simple expedient of selecting different ones of the outputs 46a as inputs to gates 48, 50 and 52.

In the illustrated embodiment, in order to detect the desired sequence of these encoded logic signals (#, 1 to turn the instrument off and *, 1 to turn the instrument on) the outputs of AND gates 48 and 52 are coupled with respective flip-flops 56 and 58. The output of AND gate 50 is coupled with one input of each of a pair of three-input AND gates 60 and 62.

In the illustrated embodiment, the flip-flops 56 and 58 comprise D-type flip-flops of the type generally designated 4013, and the outputs of respective AND gates 48 and 52 feed the respective data or D inputs thereof. The clock (C) inputs of the flip-flops 56 and 58 are coupled to receive the above-mentioned DV signal from the output 44 of the decoder 20. Preferably, a two-input AND gate 55 is interposed between the DV output and these clock inputs. This gate responds to a further signal "4T" from the break-in prevention circuit, to be described later, for delivering only those DV signals occurring after the fourth incoming tone and corresponding DV signal. The output of the gate is hence designated "4DV".

It will be remembered that a high or logic one signal is produced at DV output 44 upon encoding of a valid tone at the outputs 46 of decoder 20. In operation, the DV output signal is delayed slightly from the production of the encoded signal at outputs 46.

The respective set (S) and reset (R) inputs of the flip-flops 56 and 58 are coupled with circuit ground. The Q outputs of respective flip-flops 56 and 58 are coupled with respective inputs of the AND gates 60 and 62. Accordingly, the flip-flops 56 and 58 will be clocked by the 4DV signal upon each encoding of an incoming tone signal (after the fourth), thereby in effect transferring the logic state of the D inputs thereof to the Q output thereof. When the AND gate 48 produces a logic one in response to detection of the encoded # signal on lines 46, a logic one will be clocked to the 0 output of flip-flop 56. In the same fashion, the AND gate 52 will produce a logic one output to the data input of the flip-flop 58 when it detects the encoded * signal on the lines 46. This logic one will be clocked through to the Q output of the flip-flop 58 in response to the corresponding 4DV output positive transition. The Q outputs of flip-flops 56 and 58 are therefore also designated by "#" and "*" and are respectively coupled to the second inputs of respective AND gates 60 and 62.

The AND gates 60 and 62 feed respective inputs of a two-input OR gate 64 which feeds the clock input of a further flip-flop 66. In the illustrated embodiment, the flip-flop 66 comprises one-half of a dual JK-type flip-flop of the type generally designated 4027. The Q and Q̄ outputs of the flip-flop 66 are selected as the instrument "on" and instrument "off" control signal outputs, respectively. Moreover, the Q or "on" output feeds the remaining input of AND gate 60 while the Q̄ or "off" output feeds the remaining input of the AND gate 62. The J and K inputs of flip-flop 66 are tied to a suitable positive potential, while the set and reset inputs thereof are tied to circuit ground.

In operation, the respective flip-flops 56 and 58 and associated gates 60 and 62 act as sequence detectors such that the gate 60 will produce a logic one or high output signal only in response to logic one or high sig-

6

nals at all three of its inputs simultaneously. The OR gate 64 will toggle the flip-flop 66 in response to a logic one signal at either input thereof. It will be remembered that a logic one is produced by the AND gate 50 upon detection of the encoded 1 signal on the output 46. However, the encoded # signal must immediately precede the encoded 1 signal in order to hold the Q output of flip-flop 56 at logic one as previously described. Due to the slight delay in the action of the DV output 44 of decoder 20, this logic one at the Q output of flip-flop 56 will momentarily co-exist with the logic one at the output of AND gate 50. In effect, then, gates 48 and 50, flip-flop 56 and gate 60 respond to or detect the encoded sequence #, 1 and produce a corresponding detection signal. Gate 64 and flip flop 66 respond by producing a corresponding "off" control signal.

In the illustrated embodiment an additional control from the Q̄ output of flip-flop 66 assures that repetition of the #, 1 ("off") sequence will not result in turning the instrument on. This is done by requiring a logic one state from the instrument "on" or Q̄ output flip-flop 66 as the third input to AND gate 60.

From the foregoing it will be recognized that operation with respect to the instrument "on" sequence (*, 1) at AND gates 50 and 52, flip-flop 58 and AND gate 62 is substantially identical. In this regard, gates 50 and 52, flip-flop 58 and gate 62 detect the sequence *, 1 and produce a responsive detection signal. Gate 64 and flip flop 66 respond to this detection signal by producing a corresponding "instrument on" control signal. Additionally, a feedback signal from the Q or instrument off output of flip-flop 66 to gate 62 prevents production of the "on" signals unless the instrument is in the "off" state. Hence, repetition of the sequence *, 1 will not turn the instrument "off", if it is already in the "on" state.

It will be recognized from the foregoing that additional instruments or apparatus may be similarly provided with "on" and "off" control signals in response to additional, different selected sequences from the DTMF 20. For example, since the # and * decoded outputs are already available as the first in a two-signal sequence at the Q outputs of flip-flops 56 and 58, these may be utilized with other decoded digit tone signals to control further instruments or devices. That is, further gates such as AND gate 50 may be used to detect or decode binary signals corresponding to other digits. Additionally, similar gates such as the gate 60 may then be connected to receive the # and * outputs as well as the further decoded digit signals so as to drive further flip-flops such as the flip-flop 66 in exactly the same fashion as described above so as to provide on and off control signals for additional instruments. For example, *, 2 and #, 2 might be used to control a second instrument and so forth by the simple expedient of a repetition of only a small part of the circuitry of FIG. 2. Other codes may of course be utilized by duplicating more of the decoding and control logic circuit 24 of FIG. 2, if entirely different on and off codes are desired.

Referring now to the answering circuitry 22, an integrated circuit counter component 70 is utilized to count the rings received on the phone line 12. In the illustrated embodiment, this counter comprises an integrated circuit component of the type generally designated 4017. The rings are detected by the decoder 20 and the count input (C) of the counter 70 is fed from the MON output 42 by way of a pair of inverter buffers 72, 74 and an RC filter comprising resistor 76 and capacitor 78.

4,596,900

3

ing and control logic circuit 24 is responsive to predetermined sequences of signals from the DTMF decoder 20 for producing corresponding control output signals. Generally speaking, the DTMF decoder 20 and a decoding portion of the circuit 24 together comprise a sequence detection circuit responsive to a preselected sequence of tone signals received on the phone lines 12 for producing a corresponding sequence detection signal. A control logic portion of the circuit 24 is further responsive to this sequence detection signal for producing a corresponding control output signal for an instrument controller 26. This instrument controller 26 in turn controls the operation of one or more instruments 28.

Briefly, such control may comprise turning on and off various devices, making adjustments in their operation, checking their status, and the like. Suitable feedback from the controlled instrument or instruments may be provided by way of a suitable feedback interface circuitry 30 to the answering circuitry 22, which responsively outputs a suitable signal to the telephone lines 12 to indicate the status of the controlled instrument or instruments 28.

Advantageously, then, the control system 10 of the invention is useful in parallel with the conventional telephone receiver 16. That is, the system 10 does not interfere with normal use of the receiver 16. Moreover, the system 10 may be utilized to control one or more devices 28 in the manner just described while a normal conversation is in progress over the receiver 16.

In this regard, the decoding and control logic 24 may also be coupled with the answering circuitry 22 to synchronize its operation therewith. Furthermore, the answering circuitry 24 may be arranged to cause the answering circuitry 22 to disconnect the system of FIG. 1 from the phone line 12, if an improper sequence of tones is received, as may occur for example in an attempt to gain unauthorized access or "break-in" to the system of FIG. 1.

The answering circuitry 22 may be adjusted to couple the system with the phone line 12 at the first detection of a ring or after a desired number of ring tones received on the line 12.

Referring now to FIG. 2, a schematic circuit diagram illustrates various features of the system of FIG. 1 in greater detail. The DTMF decoder 20 comprises an integrated circuit component of the type generally designated ITT3210 DTMF receiver, and is provided with a 3.58 MHz crystal 40. Suitable DC power for the DTMF decoder 20, as well as for the other circuits of FIG. 2 may be provided by suitable DC batteries (not shown) or by any other suitable DC voltage supply.

In operation, the DTMF decoder 20 receives conventional telephonic signals over phone lines 12, which comprise conventional tip and ring lines 12a and 12b, respectively. A line monitoring output (MON) 42 provides a signal which is usable as a CMOS logic 1 or high level when a ring is detected on the phone lines 12 and a logic 0 or low level when no ring is in progress. An additional DV output 44 signals detection of a valid DTMF tone of the type produced by a conventional push-button or "Touch Tone" telephone.

Accordingly, access to the system from a remote location may be achieved by use of a conventional DTMF telephone transmitter over conventional telephone lines. The system of the invention therefore operates essentially as an independent telephone receiver, whereby it may be wired independently of phone lines 12 or in parallel with a standard receiver 16 as shown in FIG. 1, as desired. As previously mentioned, when

4

connected in parallel with the standard receiver 16, the system of the invention does not interfere with normal operation thereof. That is, the tone signals to which the circuitry of the invention responds may be received independently of operation of the receiver 16, or even at the same time as a normal conversation is in progress, allowing "break-in prevention" and operation of instruments under control by use of the tone signals, but otherwise permitting use as a conventional telephone without any interference therebetween.

The DV signal comprises standard CMOS logic levels, and transmits a logic 1 or high level each time a valid push-button tone is decoded by decoder 20 and a logic 0 or low level at other times. The remaining outputs of the DTMF decoder 20 encode possible push-button tone signals representing digits 0 through 9, as well as * and # into a 4-bit binary encoded form on a 4-bit output 46. Although not presently in common use, push-button or Touch Tone telephones are capable of producing four additional dual-tone signals, which the DTMF decoder 20 is also capable of encoding into 4-bit digital form.

In the illustrated embodiment, two sequences of these encoded signals have been selected for producing respective "on" and "off" control signals. The decoding and control logic 24 includes circuitry responsive to the sequence of the tone signals encoded into binary form on the outputs 46 of the decoder 20 for producing these "on" and "off" control output signals. These control signals are then fed to the instrument control circuitry 26 of FIG. 1. In the illustrated embodiment, the sequence #, 1 is detected to turn the instrument off, and the sequence *, 1 is detected to turn the instrument on.

In this regard, the decoder 20 encodes "#" as 1, 1, 0, 0 (in descending order, from the most significant or 8's place to the least significant or 1's place). Similarly, "*" is encoded as 1, 0, 1, 1; while "1" is encoded as 0, 0, 0, 1.

In order to provide both the logic signals from the lines 46 as well as the inverted logic content thereof, each of the lines 46 is further provided with an inverter buffer 47. In this regard, the respective binary logic contents of the outputs 46 and their inverted forms are indicated respectively D1 and D1, D2 and D2, etc. These resulting logic outputs are indicated generally by the reference numeral 46a. It will be recognized that the non-inverted outputs 46a carry a logic "1" when the corresponding output of the DTMF 20 is activated, whereas the inverted outputs 46a will carry a logic content of "0" when the corresponding output 46 of the DTMF 20 is in an active condition.

Accordingly, the decoding and control logic 24 includes three detectors in the form of logic gates 48, 50 and 52 which are coupled to suitable ones of the output lines 46a for responding to the respective binary signals corresponding to tones representing #, * and 1, respectively. In this regard, the gate 48 comprises a two-input AND gate and has its inputs coupled respectively to respond to the logic content 1, 1, 0, 0 at output 46 of decoder 20.

Similarly, the logic gate 52 comprises a three-input AND gate and is coupled to respond to the logic content 1, 0, 1, 1 at output 46 of decoder 20. Finally, the AND gate 50 comprises a four-input AND gate coupled to detect the decoded 1 signal, which corresponds to a logic content of 0, 0, 0, 1 at output 46 of decoder 20. Accordingly, the respective gates 48, 50 and 52 detect signals of predetermined logic content produced by the

4,596,900

7

The first inverter buffer 72 also feeds one input of a two-input AND gate 80, the output of which is coupled to activate the reset (R) input of the counter 70. The remaining input of AND gate 80 is coupled to a selected output of the counter 70 by way of a suitable RC time delay circuit comprising resistor 82 and capacitor 84. In the illustrated embodiment, an additional two-input OR gate 85 is interposed between the AND gate 80 and the R input of counter 70. This OR gate 85 functions to reset the counter in response to either of the AND gate 80 or a "BAD" logic signal produced by the break-in prevention circuit to be described later. As will be seen presently, resetting the counter 70 causes the answering circuitry 22 to "hang up".

The RC filter circuit (76, 78) filters the ring impulses in a ring burst to clock the counter 70 one count for each ring burst. The output of the counter 70 is switch selectable by switch 86 to choose from one to ten rings before enabling a series-connected buffer 88. This buffer 88 in turn activates a relay 90 which in effect "answers" the telephone by coupling a conventional 580 ohm termination resistor across the line. Any additional feedback signals, for example, from the circuit 30 of FIG. 1 are also applied to this phone connection relay 90.

In accordance with a preferred form of the invention an additional exclusive OR gate 95 is interposed between the ring number selector switch 86 and the buffer 88. This exclusive OR gate 95 receives a second input, labeled ANSR, from the feedback circuitry 30, as will be described in detail later. Briefly, the ANSR signal produced by this feedback circuitry momentarily disables gate 95, causing momentary disconnection of the phone line by relay 90. This momentary disconnection results in an audible "click" being sent over phone line 12 to verify operation of an instrument under control as will be more fully described later.

In operation, the MON output 42 will be remembered to produce a logic one or high level during each ring. This high level by way of the two inverter buffers 72, 74 and filter clocks the counter 70. The corresponding logic 0 or low level intermediate rings is then available by way of inverter buffer 72 for resetting the counter 70. Reset only occurs, however, when the selected count has been reached, and after the time delay (RC 82, 84).

The MON output 42 remains in the logic 1 or high level as long as the transmitting or remotely located telephone is on the line. When this transmitter goes off the line or "hangs up", the MON output 42 goes to a logic 0 or low state, thereby also enabling the reset of the counter 70 by way of the AND gate 80. The relay 90 is then de-activated and "hangs up" on its end of the line. Accordingly, if the calling party "hangs up", the foregoing circuits also "hang up" at their end of the line. This then permits the system 10 as well as the receiver 16 to be again reached in conventional fashion over the telephone lines 12.

In accordance with a preferred form of the invention, as previously mentioned an unauthorized access or "break-in" prevention circuit or system is also provided to cooperate with the circuit of FIG. 2, as previously generally indicated. Reference is now invited to FIGS. 3, 4 and 5 wherein the circuit portions making up this break in prevention circuit or system are illustrated in schematic form.

Briefly, this break-in prevention system permits only someone entering the correct sequence of touch tone signals to use the control system of FIG. 2 for control-

8

ling one or more instruments or devices. Moreover, any attempt to gain entry to the system without first entering in the proper access code will cause the answering circuitry 22 of FIG. 2 to "hang up". This prevents repeated break-in attempts with one phone call.

Additionally, to prevent repeated attempts at access by the use of successive different codes, a second, different entry access code is placed into operation automatically by the circuits to be described presently, following a preselected number of break-in attempts. As will be seen, the circuits may be readily modified and/or expanded to include additional alternate access or entry codes and to automatically switch to or activate more than two possible entry codes if desired. Accordingly, the following description illustrates one specific embodiment of such a break-in prevention circuit or system, it being understood that changes and modifications may be made without departing from the invention.

Referring initially to FIG. 3, a first access sequence detector is here illustrated in connection with an access sequence comprising touch-tone signals corresponding to 7, 6, 5, x, where x can be any signal at all ("don't care" or dummy signal). These signals are received by respective four-input AND gates 100, 102 and 104 from the encoded outputs 46 of the DTMF 20, by selecting the indicated ones of output lines 46a. Additionally, the first AND gate 100 receives an enable signal (EN1) by way of a further two-input AND gate 105 which is further coupled to receive a selected one (D8) of the signals from lines 46a. This enable signal is normally a logic 1 when the access sequence detector circuit of FIG. 3 is in operation.

The access sequence or entry code is detected much in the same way as the sequence for the instrument control as described above with reference to FIG. 2. In this regard, the first AND gate 100 feeds the data (D) input of a first flip-flop (F-F) 106. At the same time, the DV line from the DTMF 20 is coupled to the clock (C) input of the flip-flop 106. Accordingly, if a "7" is decoded, a logic 1 is clocked from the D input to the Q output of flip-flop 106. This Q output feeds one input of a two-input AND gate 108 whose other input receives the output of the "6" detection AND gate 102 and whose output feeds the data (D) input of a second, similar flip-flop 110. The clock (C) input of flip-flop 110 is coupled to the output of a further two-input AND gate 112 for response to the DV signal only when a "7" is decoded at the first flip-flop 106, resulting in a logic 1 at the Q output thereof. Accordingly, when a 6 is detected or decoded consecutively following a 7, the second flip-flop will clock a logic 1 from its D input to its Q output.

A third similar flip-flop 114 is then coupled by way of similar AND gates 116 and 118 to respond to an encoded "5" coded "5" consecutively following an encoded "6" in the same fashion. The Q output of this further flip-flop 114 feeds one input of a two-input OR gate 120, the second input of which receives a similar output signal (2 OK) from the alternate access sequence detector circuit of FIG. 5, to be described presently. A further similar flip-flop 122 has its data (D) input coupled for response to the OR gate 120. The output of OR gate 120 also provides a reset (R) signal.

The Q output of flip flop 122 is here designated as the "GOOD" signal, while the Q̄ is designated as the "BAD" signal, these two signals indicating whether or not the correct access code sequence has been received. In this regard, the clock (C) input of flip-flop 122 is

4,596,900

9

coupled for response to a tone counter 124. In the illustrated embodiment, the flip-flops 106, 110, 114 and 122 preferably comprise integrated circuit components of the type generally designated 4013 dual-D flip-flop, while the counter 124 comprises a decode counter of the type generally designated 4017.

The tone counter 124 is coupled to count the DV signals, and has its "number 4" output coupled to clock the flip-flop 122. Hence, the flip-flop 122 clocks through the data at its D input on the fourth-received DV signal, corresponding to the fourth-received tone signal. Hence, if the correct sequence has been entered, a logic 1 is clocked through to the Q output resulting in a "GOOD" output signal. However, if the correct sequence has not been entered, the logic 1 is clocked to the Q̄ output resulting in a "BAD" output signal. The output of the counter 124 is also designated "4T" and is fed to the gate 55 of FIG. 2 as previously mentioned.

In this regard, it will be remembered that the fourth tone in the sequence may be any tone in the present example. However, it will be appreciated that any number of signals in any given sequence may be utilized, including any number of desired "don't care" or dummy signals at any point in the sequence, without departing from the invention.

The counter 124 is coupled to disable itself upon reaching the fourth count, so as to maintain the 4T signal at that point. This is done by way of an inverter 125 which is coupled back to one input of a two-input AND gate 126 the other input of which receives the DV signal for input to the count (C) input of the counter 124.

The reset signal R is also fed to the reset input (R) of each of the flip-flops 106, 110 and 114 and to the set (S) input of the flip-flop 122. In this regard, the flip-flop 122 is normally held in the set state, that is, with a logic 1 signal at the Q output, thus comprising the "GOOD" signal. Thus, the clocking of the positive 1 upon completion of the correct entry code merely has the effect of leaving the "GOOD" signal unchanged, whereas any incorrect attempt at entering the access code clocks the flip-flop 122 to produce the logic 1 or "BAD" at the Q̄ output.

Each time a "BAD" signal is produced by flip-flop 122 it is utilized to clock or count a further break-in counter 128 illustrated in FIG. 4 to which attention is next invited. This break-in counter 128 is also preferably a decode counter of the type generally designated 4017. Any of the outputs of the counter 128 may be selected to correspond to the number of "BAD" attempts at which the access sequence detector of FIG. 3 will be disabled and an alternate access sequence detector shown in FIG. 5 will be enabled.

Accordingly, a selected output of the decode counter, here chosen as the "number four" output thereof (4) is tied to an enable line (EN2) for enabling the alternate access sequence detector of FIG. 5. At the same time an inverter buffer 130 changes the first enable line EN1 to a logic 0. This logic 0 is also fed back to the count or clock input of the break-in counter 128 by way of a suitable AND gate 132 in the same fashion as described above for the counter 124. This then holds the alternate access sequence detector in the enabled state. If, however, the correct entry or access sequence is detected by the first sequence detector of FIG. 3 previous to four "BAD" attempts, the reset line R resets the break-in counter 128 as indicated at the reset (R) input thereof.

10

In accordance with a preferred feature of the invention a suitable indicator such as an LED 134 may also be coupled by way of a suitable current limiting resistor 136 to be energized by the selected count output of the counter 128. This provides a visual indication of a number of break-in attempts and resulting selection of the alternate access sequence detector of FIG. 5.

Referring now to FIG. 5, the alternate access sequence detector is similar to the access sequence detector circuit of FIG. 3. However, the alternate access code or sequence is here chosen as 4, 5, 6, 7. In this regard, first, second and third flip-flops 140, 142 and 144 receive selected encoded signals from the DTMF 20 of FIG. 1 by way of suitable AND gates 146, 148 and 150. These gates are wired in the same fashion as described with respect to the circuit of FIG. 3 to appropriate ones of the outputs or lines 46a of FIG. 2. Additionally, the first gate 146 is wired to receive one input from a two-input AND gate 152, the other input of which receives the enable line EN2 from the break-in counter circuit of FIG. 4. Accordingly, the circuit of FIG. 5 is enabled or activated upon the production of the logic 1 signal at the EN2 output of FIG. 4 as just described.

In other respects, the first three selected members of the code sequence operate the first three flip-flops 140, 142 and 144 in the same fashion described above with reference to FIG. 3. In this regard, the DV signal feeds the clock input of the first flip-flop 140 and is ANDed at gate 151 with the Q output thereof to feed the clock input (C) of the second flip-flop 142. A similar AND gate 153 receives the DV line and Q output of flip-flop 142 and feeds the clock input (C) of the third flip-flop 144. The Q output of the last flip-flop 144 feeds the 20K line by way of a further pair of AND gates 154, 156 which incorporate a fourth digit or member of the code sequence for the sequence detector of FIG. 5.

Accordingly, the alternate sequence detector of FIG. 5 requires four predetermined encoded sequence members in the proper order to give the 20K signal. It will be remembered that this 20K signal alternatively activates the OR gate 120 which enables the continued production of the "GOOD" signal from the flip-flop 122 of FIG. 3. In the same fashion as the access sequence detector of FIG. 3, if the proper code is not entered in the proper sequence, a logic 0 will be produced at the 20K output, permitting the flip-flop 122 to be clocked simultaneously with decoding of the fourth-received tone to give the "BAD" signal.

Referring briefly to FIG. 6 one example of a suitable feedback circuit 30 for verifying operation of the control circuit of FIG. 2 is illustrated. In this regard, it will be remembered that the control system of FIG. 2, once accessed or enabled by the novel break-in prevention circuitry just described permits control of one or more devices or instruments in response to signals received over the telephone line 12 from any conventional push-button-type telephone receiver. Accordingly, the circuit of FIG. 6 is arranged to produce an audible "click" on the line 12 to this "sending" receiver. The instrument or device being controlled is indicated generally by the reference numeral 160.

In the illustrated embodiment, this instrument 160 is of the type which may be activated or turned "on" by the completion of a circuit thereto from a conventional AC line or household current indicated generally at 162, 164. Accordingly, the line 164 feeds a movable contact 166 of a relay 168. A normally open fixed contact 170 of this relay 166 is in turn coupled with the

4,596,900

11

instrument 160, while the other side of the AC line 162 is coupled directly thereto. A suitable relay coil 172 is arranged for pulling the movable contactor 166 into engagement with the fixed contact 170 upon energization thereof, thus completing the circuit for turning the instrument 160 "on". Referring briefly to FIG. 2, the "1 on" output may be coupled directly to one side of the coil 172 for this purpose, the other side thereof being coupled with circuit ground.

In order to provide an audible click over the telephone line, the AC line 162 further feeds one side of an opto-coupler or opto-isolator 174 whose other side is also coupled with the fixed contact 170. Hence, the opto-coupler will be activated upon activation of the relay 168 for completing the circuit to the instrument 160. A resultant output signal from the opto-coupler 174 feeds a suitable Schmitt trigger 176 by way of a suitable RC filter 178, 180. The output of the Schmitt trigger is designated ACON and is coupled to the positive trigger input of a monostable multivibrator circuit 182 (MMV). The MMV is preferably of the type generally designated 4098.

The Q output of the MMV 182 provides the ANSR signal, which it will be remembered feeds one input of the exclusive-OR gate 95 of FIG. 2. It will further be remembered that such activation of the exclusive-OR gate 95 gives a suitable signal by way of buffer 88 for connecting and disconnecting the telephone line 12 by way of the relay 90. However, the MMV 182 is provided with a suitably short time constant, such that the ACON signal constitutes a brief pulse, only sufficient to momentarily deactivate and then reactivate the relay 90 of FIG. 2. Hence, an audible "click" is produced over the telephone line 12 upon completion of the AC connection to the controlled instrument 160.

While particular embodiments of the invention have been shown and described in detail, it will be obvious to those skilled in the art that changes and modifications of the present invention, in its various aspects, may be made without departing from the invention in its broader aspects, some of which changes and modifications being matters of routine engineering or design, and others being apparent only after study. As such, the scope of the invention should not be limited by the particular embodiment and specific construction described herein but should be defined by the appended claims and equivalents thereof. Accordingly, the aim in the appended claims is to cover all such changes and modifications as fall within the true spirit and scope of the invention.

I claim:

1. A phone-line-linked, tone-operated control apparatus comprising: detecting means coupled to receive tone signals from said phone line, for detecting at least one predetermined sequence of predetermined tone signals and for producing a corresponding sequence detection signal; control means responsive to said sequence detection signal for producing a corresponding control signal; wherein said detecting means comprises first detecting means for producing a first detection signal in response to a first predetermined sequence of predetermined tone signals and a second detection signal in response to a second predetermined sequence of predetermined tone signals; wherein said control means is responsive to said first detection signal for producing a first corresponding first control signal and responsive to said second detection signal for producing a corresponding second control signal; wherein said control means com-

12

prises dual state means capable of producing one of said first control signal and said second control signal at a time; and wherein said first and said second detecting means further include gating means coupled in circuit for disabling production of said first and said second detection signals respectively in response to said second control signal and said first control signal, respectively.

2. A control apparatus in accordance with claim 1 wherein said detecting means comprises tone decoding means responsive to said tone signals for producing digitally encoded signals corresponding in a predetermined fashion to said tone signals; and digital decoding means responsive to predetermined ones of said digitally encoded signals occurring in a predetermined sequence for producing said corresponding sequence detection signal.

3. A phone-line-linked, tone-operated control apparatus comprising: detecting means coupled to receive tone signals from said phone line, for detecting at least one predetermined sequence of predetermined tone signals and for producing a corresponding sequence detection signal; and control means responsive to said sequence detection signal for producing a corresponding control signal; wherein said detecting means comprises tone decoding means for converting each of said tone signals into a multiple-bit digital signal, logic gate means coupled to receive said multiple-bit digital signals and responsive to multiple-bit digital signals of predetermined logic content for producing gated output signals, and sequence detecting means coupled to said logic gate means for producing said sequence detection signal in response to production of said gated output signals in a predetermined sequence; and wherein said control means comprises flip-flop means capable of producing first state and second state output signals and responsive to each sequence detection signal for changing the state of its output signal, said output signals comprising said control signal.

4. A control apparatus in accordance with claim 3 wherein said detecting means includes means for detecting at least two predetermined sequences of predetermined tone signals and producing corresponding sequence detection signals; wherein said control means is responsive to each said sequence detection signal for changing state; and further including gating means coupled with said control means and with said sequence detecting means for preventing reception of any sequence detection signal at said control means in response to a corresponding control signal, thereby preventing said control means from changing state in response to consecutive repetition of the same sequence detection signal.

5. A phone-line-linked, tone-operated control apparatus comprising: detecting means coupled to receive tone signals from said phone line, for detecting at least one predetermined sequence of predetermined tone signals and for producing a corresponding sequence detection signal; control means responsive to said sequence detection signal for producing a corresponding control signal; access limiting circuit means coupled with said detecting means for preventing production of said sequence detection signal until an access sequence comprising a first predetermined sequence of predetermined tone signals is first received on said phone line; wherein said access limiting means includes gate means coupled with said detecting means for normally preventing response thereof to said tone signals, and counter means coupled to said gate means and respon-

13

14

sive to said tone signals for causing said gate means to enable operation of said detecting means following a predetermined number of tone signals received thereby.

6. A control apparatus in accordance with claim 5 wherein said access limiting means further includes access sequence detecting means responsive to a predetermined number of tone signals consecutively received on said phone line other than said access sequence of producing a disabling signal; and disabling means coupled to said detecting means for preventing production of said sequence detection signal in response to said disabling signal.

7. A phone-line-linked, tone-operated control apparatus comprising: detecting means coupled to receive tone signals from said phone line, for detecting at least one predetermined sequence of predetermined tone signals and for producing a corresponding sequence detection signal; control means responsive to said sequence detection signal for producing a corresponding control signal; and access limiting circuit means coupled with said detecting means for preventing production of said sequence detection signal until an access sequence comprising a further predetermined sequence of predetermined tone signals is first received on said phone line; wherein said access limiting means further comprises a first access sequence detector responsive only to said access sequence, a second access sequence detector responsive only to a second access sequence comprising a different predetermined sequence of predetermined tone signals, and enabling circuit means for normally enabling said first access sequence detector and disabling said second access sequence detector and responsive to a predetermined number of sequences of tone signals not corresponding to said further predetermined sequence for disabling said first access sequence detector and enabling said second access sequence detector.

8. A control apparatus according to claim 6 and further including gate means coupled to said answering means and responsive to said disabling signal for causing said answering means to disconnect said detecting means from said phone line.

9. A control apparatus in accordance with claim 5 and further including access sequence detecting means for producing a disabling signal in response to a predetermined number of tone signals not comprising said access sequence and gate means for disconnecting said detecting means from said phone line in response to said disabling signal.

10. A phone-line-linked, tone-operated control apparatus comprising: detecting means coupled to receive tone signals from said phone line, for detecting at least one predetermined sequence of predetermined tone signals and for producing a corresponding sequence detection signal; control means responsive to said sequence detection signal for producing a corresponding control signal; switching means responsive to said control signal for activating a given instrument under control; and feedback means coupled to said switching means for producing a verifying signal in response to operation of said switching means for activating said instrument under control; wherein said feedback means includes gate means coupled with said answering circuit means and responsive to said verifying signal for momentarily decoupling said detecting circuit means from said phone line and thereby producing an audible signal.

11. An access limiting apparatus for use with a phone-line-linked, tone-operated control apparatus and comprising: access sequence detecting means coupled to receive tone signals from said phone line, and responsive to a predetermined number of tone signals received on said phone line other than an access sequence comprising a predetermined sequence of predetermined tone signals for producing a disabling signal; disabling means coupled to said control apparatus for preventing operation thereof in response to said disabling signal; wherein said access limiting means further comprises a first access sequence detector responsive only to said access sequence, a second access sequence detector responsive only to a second access sequence comprising a different predetermined sequence of predetermined tone signals, and enabling circuit means for normally enabling said first access sequence detector and disabling said second access sequence detector and responsive to a predetermined number of sequences of tone signals not corresponding to said further predetermined sequence for disabling said first access sequence detector and enabling said second access sequence detector.

12. An access limiting apparatus in accordance with claim 11 and further including answering means for normally coupling said control apparatus to said phone line in response to a predetermined number of ring tones received on said phone line; and gate means for disconnecting said control apparatus from said phone line in response to said disabling signal.

13. A control apparatus in accordance with claim 1 and further including means for coupling said apparatus in parallel with a telephone receiver for permitting production of said sequence detection signal and production of said control signal simultaneously with conversation over said telephone receiver.

14. A control apparatus in accordance with claim 1 and further including decoupling means responsive to a remotely located transmitter going off the telephone line for disconnecting the control apparatus from the telephone line.

15. A phone-line-linked, tone-operated control apparatus comprising: detecting means coupled to receive tone signals from said phone line, for detecting at least one predetermined sequence of predetermined tone signals and for producing a corresponding sequence detection signal; control means responsive to said sequence detection signal for producing a corresponding control signal; and access limiting circuit means coupled with said detecting means for preventing production of said sequence detection signal until an access sequence comprising a further predetermined sequence of predetermined tone signals is first received on said phone line; wherein said access limiting circuit means comprises gating circuit means for producing a gate signed in response to tone signals making up said predetermined access, sequence, counter means for producing a count signal upon counting a predetermined number of received tone signals greater in number than the number of tone signals in said access sequence, and disabling circuit means responsive to said count signal and said gate signal for disabling production of said sequence detection signal when said access sequence is not present in said predetermined number of received tone signals; whereby a selected number of additional, arbitrary tone signals may be received in addition to the signals of said access sequence without disabling production of said sequence detecting signals, said selected number of additional signals and the number of signals in said access sequence together equalling the number of signals counted by said counter means.

4,596,900

15

16

16. A control apparatus in accordance with claim 1 and further including means for coupling said sequence detecting means to said phone line in response to a predetermined number of ring tones received on said phone line.

17. An access limiting apparatus according to claim 11 and further including answering means coupled to said phone line and responsive to a predetermined num-

ber of ring tones received on said phone line for coupling said control apparatus to said phone line; and gate means coupled to said answering means and responsive to said disabling signal for causing said answering means to disconnect said control apparatus from said phone line.

*   *   *   *   *

US004596900B1

# REEXAMINATION CERTIFICATE (2691th)

## United States Patent [19]

### Jackson

[11] **B1 4,596,900**

[45] Certificate Issued **Oct. 10, 1995**

[54] **PHONE-LINE LINKED, TONE-OPERATED CONTROL DEVICE**

[76] Inventor: Philip S. Jackson, 5305 N. Neenah, Chicago, Ill. 60656

**Reexamination Request**
No. 90/003,496, Jul. 15, 1994
No. 90/003,680, Jan. 3, 1995

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | 4,596,900 |
| Issued: | Jun. 24, 1986 |
| Appl. No.: | 507,702 |
| Filed: | Jun. 23, 1983 |

[51] Int. Cl.$^6$ .................... H04M 11/00; H04M 1/64
[52] U.S. Cl. ...................... 379/105; 379/77; 379/102
[58] Field of Search ............................. 379/102, 104, 379/105, 97, 77, 88, 89, 67, 200

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,095,050  6/1978  Beachem et al. .................... 379/102

*Primary Examiner*—Jason Chan

[57] **ABSTRACT**

A phone-line-linked, tone-operated control apparatus in accordance with the invention comprises a detecting circuit coupled to a telephone line for detecting at least one predetermined sequence of predetermined tone signals received on the telephone line and for producing a corresponding sequence detection signal. An additional control circuit is responsive to the sequence detection signal for producing a corresponding control signal. Preferably, a break-in prevention circuit prevents access to the control apparatus unless a predetermined access code is first given.

**17 Claims**

EXHIBIT
2
tabbies®

B1 4,596,900

**1**

# REEXAMINATION CERTIFICATE
## ISSUED UNDER 35 U.S.C. 307

### THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

Matter enclosed in heavy brackets [] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims 5–9, 11–12, 17 is confirmed.

Claims 1, 3, 10 and 15 are determined to be patentable as amended.

Claims 2, 4, 13, 14 and 16, dependent on an amended claim, are determined to be patentable.

1. A phone-line-linked, tone-operated control apparatus *for remotely controlling various functions of at least one device, said apparatus* comprising: detecting means coupled to receive tone signals from said phone line, for detecting at least one predetermined sequence of predetermined tone signals and for producing a corresponding sequence detection signal; control means responsive to said sequence detection signal for producing a corresponding control signal; wherein said detecting means comprises first *detecting means for producing a first detection signal in response to the reception of a first predetermined sequence of predetermined tone signals and second detecting means for producing a second detection signal in response to the reception of a second predetermined sequence of predetermined tone signals;* wherein said control means is responsive to said first detection signal for producing a corresponding first control signal and responsive to said second detection signal for producing a corresponding second control signal; *wherein said control means comprises dual state means [capable of] for producing only one of a first control signal and said second control signal at a time;* and wherein said first and said second detecting means further include gating means coupled in circuit for disabling production of said first and said second detection signals respectively in response to said second control signal and said first control signal, respectively, *whereby said apparatus cannot produce said first detection signal and said second detection signal at the same time.*

3. A phone-line-linked, tone-operated control apparatus comprising: detecting means coupled to receive *a plurality of* tone signals from said phone line, for detecting at least one predetermined sequence of predetermined tone signals and for producing a corresponding sequence detection signal; and control means responsive to said sequence detection signal for producing a corresponding control signal; wherein said detecting means comprises tone decoding means for converting each *received* one of said *plurality of* tone signals into [a] *an encoded* multiple-bit digital signal, *with each said encoded multiple-bit digital signal having a total number of*

**2**

bits substantially less than the total number of tone signals in said plurality of tone signals, logic gate means coupled to receive said *encoded* multiple-bit digital signals and responsive to said *encoded* multiple-bit digital signals of predetermined logic content for producing gated output signals, and sequence detecting means coupled to said logic gate means for producing said *corresponding* sequence detection signal in response to production of said gated output signals in a predetermined sequence; and wherein said control means comprises flip-flop means [capable of] *for* producing first state and second state output signals and responsive to each *different* sequence detection signal for changing the state of its *corresponding* output signal, said output signals comprising said control signal.

10. A phone-line-linked, tone-operated control apparatus comprising: detecting means coupled to receive tone signals from said phone line, for detecting at least one predetermined sequence of predetermined tone signals and for producing a corresponding sequence detection signal; control means responsive to said sequence detection signal for producing a corresponding control signal; switching means responsive to said control signal for activating a given instrument under control; and feedback means coupled to said switching means for producing a verifying signal in response to operation of said switching means for activating said instrument under control; wherein said feedback means includes gate means coupled with [said] answering circuit means and responsive to said verifying signal for momentarily decoupling said detecting circuit means from said phone line and thereby producing an audible signal.

15. A phone-line-linked, tone-operated control apparatus comprising: detecting means coupled to receive tone signals from said phone line, for detecting at least one predetermined sequence of predetermined tone signals and for producing a corresponding sequence detection signal; control means responsive to said sequence detection signal for producing a corresponding control signal; and access limiting circuit means coupled with said detecting means for preventing production of said sequence detection signal until an access sequence comprising a further predetermined sequence of predetermined tone signals is first received on said phone line; wherein said access limiting circuit means comprises gating circuit means for producing a gate [signed] *signal* in response to tone signals making up said predetermined access sequence, counter means for producing a count signal upon counting a predetermined number of received tone signals greater in number than the number of tone signals in said access sequence, and disabling circuit means responsive to said count signal and said gate signal for disabling production of said sequence detection signal when said access sequence is not present in said predetermined number of received tone signals; whereby a selected number of additional, arbitrary tone signals may be received in addition to the signals of said access sequence without disabling production of said sequence detecting signals, said selected number of additional signals and the number of signals in said access sequence together equalling the number of signals counted by said counter means.

* * * * *

US004596900B1

# REEXAMINATION CERTIFICATE (3301th)

## United States Patent [19]

### Jackson

[11] **B2 4,596,900**

[45] Certificate Issued **Aug. 26, 1997**

[54] **PHONE-LINE-LINKED, TONE-OPERATED CONTROL DEVICE**

[76] Inventor: **Philip S. Jackson**, 5305 N. Neenah, Chicago, Ill. 60656

**Reexamination Request:**
No. 90/003,985, Oct. 3, 1995

**Reexamination Certificate for:**
| | |
|---|---|
| Patent No.: | **4,596,900** |
| Issued: | **Jun. 24, 1986** |
| Appl. No.: | **507,702** |
| Filed: | **Jun. 23, 1983** |

Reexamination Certificate B1 4,596,900 issued Oct. 10, 1995

Certificate of Correction issued Oct. 10, 1995.

| | | |
|---|---|---|
| [51] | Int. Cl.⁶ | H04M 11/00; H04M 1/64 |
| [52] | U.S. Cl. | 379/105; 379/77; 379/102 |
| [58] | Field of Search | 379/105, 77, 102, 379/104, 97, 88, 89, 67, 200 |

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 33,369 | 10/1990 | Hashimoto | 379/104 |
| 1,778,980 | 10/1930 | Mc Keldin et al. | |
| 2,005,788 | 6/1935 | Keiser | |
| 2,154,722 | 4/1939 | Bloxson | |
| 2,261,420 | 11/1941 | Shively et al. | |
| 2,374,842 | 5/1945 | Shively et al. | |
| 2,393,272 | 1/1946 | Van Deventer | |

(List continued on next page.)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0008220A1 | 2/1980 | European Pat. Off. |
| 2224629 | 4/1974 | France |
| 49-37504 | 4/1974 | Japan |
| 49-37505 | 4/1974 | Japan |
| 50-3472 | 2/1975 | Japan |
| 50-27404 | 3/1975 | Japan |
| 52-44993 | 4/1977 | Japan |
| 53-42609 | 4/1978 | Japan |
| 53-137389 | 11/1978 | Japan |
| 56-35562 | 4/1981 | Japan |
| 1482628 | 8/1977 | United Kingdom |
| 2065419 | 6/1981 | United Kingdom |

#### OTHER PUBLICATIONS

Article entitled "Making A Data Terminal Out Of The Touch–Tone Telephone" by Robert Broomfield, et al., Electronics magazine/Jul. 3, 1980.

Article entitled "Build A Touch Tone Decoder For Remote Control" by Steve Ciarcia, BYTE magazine/Dec., 1981.

*Practical Digital Design Using Ics*, First Edition, 1977, pp. 150–165, Joseph D. Greenfield.

*Practical Digital Design Using Ics*, Second Edition, 1983, pp. 158–172, Joseph D. Greenfield.

*Primary Examiner*—Jason Chan

[57] **ABSTRACT**

A phone-line-linked, tone-operated control apparatus in accordance with the invention comprises a detecting circuit coupled to a telephone line for detecting at least one predetermined sequence of predetermined tone signals received on the telephone line and for producing a corresponding sequence detection signal. An additional control circuit is responsive to the sequence detection signal for producing a corresponding control signal. Preferably, a break-in prevention circuit prevents access to the control apparatus unless a predetermined access code is first given.



## B2 4,596,900
### Page 2

### U.S. PATENT DOCUMENTS

2,533,234 12/1950 Edwards .
2,539,139 1/1951 Jordanoff et al. .
2,549,548 4/1951 Von Zimmermann .
2,799,726 7/1957 Van Deventer et al. .
3,024,452 3/1962 Leonard .
3,049,592 8/1962 Waldman .
3,076,059 1/1963 Meacham et al. .
3,077,577 2/1963 Malone et al. .
3,080,547 3/1963 Cooper .
3,109,071 10/1963 Mitchell et al. .
3,274,584 9/1966 Morgan et al. .
3,320,490 5/1967 Bock et al. .
3,371,165 2/1968 Earle et al. .
3,383,467 5/1968 New et al. .
3,383,469 5/1968 Goodman .
3,436,483 4/1969 Blane .
3,542,962 11/1970 Morgan et al. .
3,548,102 12/1970 Schaum et al. .
3,552,520 1/1971 Naubereit .
3,553,376 1/1971 Bogsart et al. .
3,577,080 5/1971 Cannalte .
3,581,283 5/1971 Roddel ........ 340/171
3,584,155 6/1971 Koster .
3,587,051 6/1971 Hovey ........ 340/164 R
3,591,711 7/1971 De Groat .
3,593,816 7/1971 Kazaoka ........ 180/113
3,600,517 8/1971 Goodman .
3,614,326 10/1971 Cameron .
3,622,992 11/1971 Schoenwitz .
3,633,167 1/1972 Hodin ........ 340/164
3,641,396 2/1972 Kossen et al. ........ 317/134
3,641,498 2/1972 Hodin ........ 340/164 R
3,647,971 3/1972 Cushman et al. .
3,647,973 3/1972 James et al. .
3,652,795 3/1972 Wolf et al. .
3,665,162 5/1972 Yamamoto et al. ........ 235/61.7 B
3,675,513 7/1972 Flanagan et al. .
3,691,396 9/1972 Hinrichs ........ 307/40
3,702,904 11/1972 Bard .
3,710,316 1/1973 Kromer ........ 340/63
3,715,518 2/1973 Campbell et al. .
3,723,753 3/1973 Davis ........ 307/41
3,731,076 5/1973 Nagata et al. ........ 235/61.7 B
3,743,945 7/1973 Sellari, Jr. ........ 328/28
3,751,718 8/1973 Hanchett, Jr. ........ 317/134
3,754,164 8/1973 Zoiry ........ 317/134
3,754,213 8/1973 Morroni et al. ........ 340/147
3,761,682 9/1973 Barnes et al. ........ 235/61.7 B
3,764,859 10/1973 Wood et al. ........ 317/134
3,812,403 5/1974 Gartner ........ 317/134
3,812,462 5/1974 Crossland et al. ........ 340/163
3,814,840 6/1974 Lubarsky, Jr. et al. .
3,818,145 6/1974 Hanway .
3,825,687 7/1974 Waldman .
3,829,616 8/1974 Blouch .
3,831,065 8/1974 Martin et al. ........ 317/134
3,836,959 9/1974 Pao et al. ........ 340/148
3,842,208 10/1974 Paraskevakos .
3,846,622 11/1974 Meyer ........ 235/61.7 B
3,857,018 12/1974 Stark et al. ........ 235/61.7 B
3,866,173 2/1975 Moorman et al. ........ 340/149 A
3,868,640 2/1975 Binnie et al. ........ 340/151
3,870,821 3/1975 Steury .
3,871,474 3/1975 Tomlinson et al. ........ 180/113
3,872,254 3/1975 Murata et al. .
3,878,511 4/1975 Wagner ........ 340/147
3,885,408 5/1975 Clark, Jr. ........ 70/278
3,893,073 7/1975 Angello ........ 340/147
3,902,016 8/1975 Blouch .
3,90?,?26 9/1975 Murata et al. ........ 379/77

3,906,460 9/1975 Halpern ........ 340/172.5
3,912,869 10/1975 Ullakko .
3,919,504 11/1975 Crosley et al. .
3,927,264 12/1975 Fish et al. .
3,936,617 2/1976 Bolgiano .
3,943,291 3/1976 Okamura .
3,953,769 4/1976 Sopko .
3,959,603 5/1976 Nilssen et al. .
3,976,840 8/1976 Cleveland et al. .
3,979,562 9/1976 Rice .
3,991,274 11/1976 Darwood ........ 379/77
3,992,587 11/1976 Puckett et al. ........ 379/96
4,002,837 1/1977 Ebner et al. .
4,004,276 1/1977 Robinson et al. ........ 340/171 A
4,005,271 1/1977 Urayama .
4,006,316 2/1977 Bolgiano ........ 379/105
4,011,411 3/1977 Nishimura .
4,016,360 4/1977 Case .
4,021,796 5/1977 Fawcett, Jr. et al. ........ 340/274 C
4,029,913 6/1977 Gunderson .
4,042,787 8/1977 Richards .
4,055,808 10/1977 Holsinger et al. ........ 325/67
4,058,678 11/1977 Dunn et al. .
4,064,367 12/1977 O'Malley .
4,066,847 1/1978 Giordano .
4,087,638 5/1978 Hayes et al. .
4,092,524 5/1978 Moreno .
4,093,823 6/1978 Chu ........ 370/92
4,095,050 6/1978 Beachem et al. ........ 379/104
4,095,239 6/1978 Gerry ........ 340/147
4,100,534 7/1978 Shifflet, Jr. ........ 340/149 A
4,102,493 7/1978 Moreno ........ 235/419
4,105,156 8/1978 Dethloff ........ 235/441
4,112,264 9/1978 Abramson et al. .
4,113,986 9/1978 Clement et al. .
4,117,270 9/1978 Lesca .
4,121,053 10/1978 Dick ........ 379/104
4,122,305 10/1978 Fish et al. .
4,122,306 10/1978 Friedman et al. ........ 379/73
4,124,773 11/1978 Elkins .
4,130,732 12/1978 Giovagnoi .
4,135,150 1/1979 Quigley ........ 379/351
4,142,097 2/1979 Ulch ........ 235/382
4,153,818 5/1979 Goodloe et al. .
4,158,110 6/1979 Ullakko et al. .
4,160,131 7/1979 Kaul et al. .
4,174,517 11/1979 Mandel ........ 340/310 A
4,181,909 1/1980 Pyeatte et al. ........ 340/147 SY
4,188,511 1/1980 Smith et al. .
4,189,712 2/1980 Lemelson ........ 340/149 A
4,194,089 3/1980 Hashimoto ........ 379/96
4,197,524 4/1980 Salem ........ 340/147
4,205,325 5/1980 Haygood et al. ........ 340/147
4,206,491 6/1980 Lipman et al. ........ 361/172
4,211,919 7/1980 Ugon ........ 235/487
4,218,589 8/1980 Pitroda et al. ........ 370/13
4,219,699 8/1980 Nilssen et al. ........ 379/63
4,232,296 11/1980 Filipovic ........ 340/167 R
4,249,245 2/1981 Nakanishi et al. ........ 364/710
4,251,692 2/1981 Waldman ........ 235/380
4,256,955 3/1981 Giraud et al. .
4,258,236 3/1981 Conklin et al. .
4,277,837 7/1981 Stuckert ........ 364/900
4,289,934 9/1981 Pitroda et al. .
4,292,475 9/1981 Hill et al. .
4,304,968 12/1981 Klausner et al. .
4,312,032 1/1982 Nilssen et al. .
4,319,337 3/1982 Sander et al. ........ 364/900
4,320,256 3/1982 Freeman .
4,336,422 6/1982 Mellon .
4,341,951 7/1982 Benton ........ 235/379
4,352,958 10/1982 Davis et al. .

**B2 4,596,900**

Page 3

| | | | |
|---|---|---|---|
| 4,353,502 | 10/1982 | Myers | 236/47 |
| 4,356,545 | 10/1982 | West | 364/200 |
| 4,366,348 | 12/1982 | Pope . | |
| 4,385,206 | 5/1983 | Bradshaw et al. . | |
| 4,386,266 | 5/1983 | Chesarek | 235/380 |
| 4,387,272 | 6/1983 | Castro et al. . | |
| 4,392,218 | 7/1983 | Plunkett, Jr. | 369/29 |
| 4,393,277 | 7/1983 | Besen et al. . | |
| 4,403,119 | 9/1983 | Conklin et al. | 379/5 |
| 4,408,119 | 10/1983 | Decavele | 235/382 |
| 4,421,954 | 12/1983 | Mita et al. | 379/82 |
| 4,426,555 | 1/1984 | Underkoffler | 379/96 |
| 4,427,848 | 1/1984 | Tsakmikas | 379/96 |
| 4,427,980 | 1/1984 | Fennell et al. | 340/85.52 |
| 4,430,755 | 2/1984 | Nadir et al. | 455/77 |
| 4,431,867 | 2/1984 | Heatherington . | |
| 4,436,958 | 3/1984 | Hansen et al. | 379/103 |
| 4,436,959 | 3/1984 | Nakatsuyama et al. | 379/73 |
| 4,438,295 | 3/1984 | Hales . | |
| 4,440,977 | 4/1984 | Pao et al. . | |
| 4,442,319 | 4/1984 | Treidl . | |
| 4,449,040 | 5/1984 | Matsuoka et al. | 235/380 |
| 4,453,041 | 6/1984 | Castro et al. | 379/373 |
| 4,453,074 | 6/1984 | Weinstein | 235/380 |
| 4,455,453 | 6/1984 | Paraskevakos et al. . | |
| 4,467,144 | 8/1984 | Wilkerson et al. . | |
| 4,467,148 | 8/1984 | Stafford et al. . | |
| 4,469,915 | 9/1984 | Lax et al. | 379/74 |
| 4,475,009 | 10/1984 | Rais et al. . | |
| 4,477,806 | 10/1984 | Mochida et al. | 340/825.32 |
| 4,488,274 | 12/1984 | Plunkett, Jr. | 369/24 |
| 4,491,690 | 1/1985 | Daley | 379/105 |
| 4,503,288 | 3/1985 | Kessler . | |
| 4,518,827 | 5/1985 | Sagara . | |
| 4,525,712 | 6/1985 | Okano et al. . | |
| 4,531,740 | 7/1985 | Green et al. | 340/853.1 |
| 4,540,851 | 9/1985 | Hashimoto | 273/148 B |
| 4,540,856 | 9/1985 | Fujii et al. . | |
| 4,549,044 | 10/1985 | Durham . | |
| 4,562,483 | 12/1985 | Kurokawa et al. | 358/257 |
| 4,570,223 | 2/1986 | Yoshimoto | 364/405 |
| 4,578,540 | 3/1986 | Borg et al. . | |
| 4,585,904 | 4/1986 | Mincone et al. . | |
| 4,591,664 | 5/1986 | Freeman . | |

OTHER PUBLICATIONS

Dorol 320T Service Manual (Undated, partial copy only), Compact Cassette Remote Telephone/Answering Recording Machine.

CMOS Integrated Circuits, National Semiconductor Corp., Mar. 1975, pp. 173–175.

Digital Integrated Circuits, National Semiconductor Corp., Jan. 1974, pp. 1–9, 1–10, 1–13, 1–14, 1–15, 1–16, 1–28, 1–29, 1–56 and 1–57.

1980 Electronics Article, "Making a Data Terminal Out Of A Touch Tone Telephone".

1981 BYTE Article. "Build A Touch–Tone Decoder For Remote Control".

Microcomputer and Repeaters, 73 Magazine, Aug. 1977.

A Modular Control Unit—Just for Repeaters, QST Magazine, May 1978.

A First–Class Touch–Tone Encoder, QST Magazine, Feb. 1979.

Pivotrol Corp. Advertisement, Nebraska Farmer, May 6, 1978 at p. 75.

Pivotrol Corp. Advertisement, Nebraska Farmer, Apr. 15, 1978 at p. 87.

Pivotrol Corp. Advertisement, The Dakota Farmer, Aug.

Pivotrol Corp. Advertisement, Nebraska Farmer, Jun. 3, 1978 at p. 47.

Pivotrol Control Option Owner's Guide Model CTL–1, Pivotrol Corporation.

Pivotrol Corporation Advertisement, Irrigation Age, Jul.–Aug. 1978 at p. 54.

Pivotrol Center Pivot Irrigation Monitor and Control System, Owner's Manual, Ron Siffring, Pivotrol Serial No. 105.

Monroe Electronics Inc. brochure Model 3069 Dual Tone Signal Detector, 1975.

Interface Technology Product brochure for Model 720 and 721 Portable Remote Data Entry Terminal.

Interface Technology Product brochure for Model 730 Desktop Remote Data Entry Terminal–Buffered.

Interface Technology Product brochure for Model 722 16 Key Portable Remote Data Entry Terminal.

Ledex Inc. Product brochure for Model MD 42C Touch–Tone decoder module, 1970.

National Semiconductor Corporation. Linear Integrated Circuits Catalogue.

Signetics Corporation, Digital Linear MOS Application Handbook, 1974.

Signetics Corporation, Digital Linear MOS Data Handbook, 1974.

Motorola Semiconductor Products, Inc., Phase–Locked Loop Systems Data Book (2d. ed. Aug. 1973).

Components For Design, Electromechanical Design, p. 18, et seq.

Pivotrol Advertisement dated Sep. 11, 1975 for Friday, Sep. 19, 1975 demonstration of Pivotrol.

Sikorski Electric Pivotrol Advertisement, The Badger Commentator, Jan. 1977 at p. 9.

First there was Dial–a–Prayer; Now there's Dial–a–Shower, The Grower, Mar. 1978 at p. 48.

Irrigation Monitor, Farm Industry News, Feb. 1977 at pp. 50–52.

Irrigator's Phone 'Dials' Water On, Sunday Omaha World Herald, Jul. 25, 1976.

Dial '0' for Water, Irrigation Age, vol. II, No. 3, Nov.–Dec. 1976 at p. 20.

He's "Hired" Telephone to Help Him Irrigate, Nebraska Farmer, Aug. 21, 1976 at p. 11.

Pivotrol Dealer's Installation Guide.

Pivotrol Center Pivot Monitor & Control System flyer.

Pivotrol Center Pivot Users flyer.

Pivotrol Center Pivot Monitor & Control System flyer.

"Pivotrol" Irrigation Monitoring & Control System pamphlet.

Pivotrol Corporation letter to "Dear Irrigator".

Pivotrol System On Display at Staples Farm, The Staples World, vol. 86, No. 26, Aug. 19, 1977.

The Staples Irrigation Center Pivotrol Irrigation Monitor and Control System flyer.

They Irrigate By Phone, Farm Journal, Mid–Mar. 1977, p. D–I.

A Computer–Controlled Talking Repeater, 73 Magazine, Ed Ingber, Oct. 1980.

A Computer–Controlled Talking Repeater, 73 Magazine, Ed Ingber, Nov. 1980.

A Computer–Controlled Talking Repeater, 73 Magazine, Ed Ingber, Dec. 1980.

Integrated–Circuit Sequential Switching for Touch–Tone

**B2 4,596,900**
Page 4

247B Telephone Unit "Touch–Tone" Adapter. Identification Installation and Connectors. *Bell System Practices,* Feb. 1966.

Microprocessor–based Repeater Controller. *Ham Radio Magazine,* Mar. 1982 at p. 12.

Build a Touch–Tone Decoder for Remote Control. (1981). by Steve Ciarcia. *Byte Magazine.* [Relied Upon By Matsushita In Third Reexamination].

RC–850 Repeater Controller Owners Manual (Firmware Vers. 1.4) Jul. 1992.

DIGITONE—"Application Notes and Catalog" (1970).

FM and REPEATERS for the Radio Amateur (1972).

The Microprocessor And Repeater Control. *QST Magazine,* Feb. 1979.

A CMOS Control Circuit For Repeaters. *QST Magazine,* Mar. 1979.

Personalize Your Repeater With a Voice ID. *73 Magazine,* Jan. 1980.

Spectrum Communications Advertisement. *73 Magazine,* Jan. 1980.

A Universal Touch–Tone Decoder. *QST Magazine,* Mar. 1980.

Spectrum Communications Advertisement. *73 Magazine,* Apr. 1980.

Product Review Of The Spectrum Communications TTC–100 Touch–Tone Decoder/Control Board. *73 Magazine,* May 1980.

A Telephone–Line Repeater—Control Device. *QST Magazine,* Jun. 1980.

A CMOS Command Decoder For Repeaters And Remote Bases. *QST Magazine,* Oct. 1980.

Put "The Rep" In Your Repeater—An Automatic Autopatch Dialer. *73 Magazine,* Jan. 1981.

Spectrum Communications Advertisement. *73 Magazine,* Feb. 1981.

Under Software Control—A Repeater Control System With Minimal Hardware. *73 Magazine,* Feb. 1981.

Phone–line Interface—Do It Solid–State Style. *QST Magazine,* Oct. 1981.

Spectrum Communications Advertisement. *73 Magazine,* Jan. 1982.

The DTMF "Easy–Ceiver". *QST Magazine,* Jan. 1982.

Spectrum Communications Advertisement. *73 Magazine,* Mar. 1982.

Dayton HAMVENTION Advertisement. *73 Magazine,* Apr. 1982.

RC–850 Repeater Controller and related advertisement. *73 Magazine,* May 1982.

Not Just Another Decoder. *QST Magazine,* Jun. 1982.

B2 4,596,900

# 1

## REEXAMINATION CERTIFICATE
## ISSUED UNDER 35 U.S.C. 307

### THE PATENT IS HEREBY AMENDED AS
### INDICATED BELOW.

Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.

ONLY THOSE PARAGRAPHS OF THE SPECIFI-CATION AFFECTED BY AMENDMENT ARE PRINTED HEREIN.

Column 6, lines 36–58:

It will be recognized from the foregoing that additional instruments or apparatus may be similarly provided with "on" and "off" control signals in response to additional, different selected sequences from the DTMF 20. For example, since the # and * decoded outputs are already available as the first in a two-signal sequence at the Q outputs of flip-flops 56 and 58, these may be utilized with other decoded digit tone signals to control further instruments or devices. That is, further gates such as AND gate 50 (e.g., 50') may be used to detect or decode binary signals corresponding to other digits. Additionally, similar gates such as the gate 60 (e.g., 60' and 62') may then be connected to receive the # and * outputs as well as the further decoded digit outputs so as to drive further flip-flops such as the flip-flop 66 (e.g., 66') in exactly the same fashion (e.g., using OR gate 64' and the feedback signals from the Q and Qbar outputs of flip-flop 66' are fed to the third input of AND gates 60' and 62', respectively, as discussed hereinabove with respect to OR gate 64, flip-flop 66 and AND gates 60 and 62) as described above so as to provide on and off control signals for additional instruments. For example, *, 2 and #, 2 might be used to control a second instrument and so forth by the simple expedient of a repetition of only a small part of the circuitry of FIG. 2. Other codes may of course be utilized by duplicating more of the decoding and control logic circuit 24 of FIG. 2, if entirely different on and off codes are desired.

THE DRAWING FIGURES HAVE BEEN CHANGED AS FOLLOWS:

AND gates 50', 60' and 62', flip-flop 66' and OR gate 64' have been added to FIG. 2.

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claims 1, 3, 4, 5, 7, 8, 10, 11 and 15 are determined to be patentable as amended.

Claims 2, 6, 9, 12, 13, 14, 16 and 17, dependent on an amended claim, are determined to be patentable.

New claims 18–116 are added and determined to be patentable.

1. A phone-line-linked, tone-operated control apparatus for remotely controlling various functions of at least one device, said apparatus comprising:
  detecting means coupled to receive tone signals from said phone line,
    for detecting at least one predetermined sequence of

# 2

    for producing a corresponding sequence detection signal;
  control means responsive to said sequence detection signal
    for producing a corresponding control signal;
  wherein said detecting means comprises
    first detecting means
      for producing a first detection signal in response to the reception of a first predetermined sequence of pre-determined tone signals and
    second detecting means
      for producing a second detection signal in response to the reception of a second predetermined sequence of predetermined tone signals;
  wherein said control means is
    responsive to said first detection signal for producing a corresponding first control signal and
    responsive to said second detection signal for producing a corresponding second control signal;
  wherein said control means comprises
    dual state means
      for producing only one of [a] *said* first control signal and said second control signal at a time; and
  wherein said first and said second detecting means further include
    gating means
      coupled in circuit
      for disabling production of said first and said second' detection signals respectively
      in response to said second control signal and said first control signal, respectively,
      whereby said apparatus cannot produce said first detec-tion signal and said second detection signal at the same time.

3. A phone-line-linked, tone-operated control apparatus *for remotely and selectively controlling a plurality of operations, said operations being bistable by having only two mutually-exclusive stable operating conditions,* said apparatus comprising:
  detecting means coupled to receive a plurality of tone signals from said phone line,
    for detecting at least one predetermined sequence of predetermined tone signals and
    for producing a corresponding sequence detection signal; and
  control means responsive to said sequence detection signal for producing a corresponding control signal;
  wherein said detecting means comprises
    tone decoding means
      for converting each received one of said plurality of tone signals into an encoded multiple-bit digital signal, with each said encoded multiple-bit digital signal having a total number of bits substantially less than the total number of tone signals in said plurality of tone signals.
  logic gate means
    coupled to receive said encoded multiple-bit digital signals and responsive to said encoded multiple-bit digital signals of predetermined logic content for producing gated output signals, and
  sequence detecting means
    coupled to said logic gate means
      for producing said corresponding sequence detection signal response to production of said gated output signals in a predetermined sequence; and
  wherein said control means comprises
    flip-flop means [for] *associated with each said bistable*

B2 4,596,900

3

producing first state and second state output signals *for each said bistable operation,*
*said first state output signal corresponding to one of said mutually-exclusive operating conditions, and said second state output signal corresponding to the other of said mutually-exclusive operating conditions,* and
*wherein said flip-flop means*
*is responsive to* [each different] *a sequence detection signal selectively associated with one of said conditions of fewer than all of said bistable operations*
*for changing* [the state of its corresponding output signal.] *from said first state output signal to said second state output signal for said fewer than all of said bistable operations and*
*is responsive to a different sequence detection signal selectively associated with the other one of said conditions of fewer than all of said bistable operations*
*for changing from said second state output signal to said first state output signal for said fewer than all of said bistable operations, and*
*maintaining the state of said flip-flop means until and if and only if said flip-flop means responds to a sequence detection signal selectively associated with the other of said conditions of fewer than all of said bistable operations,*
said first and second state output signals comprising
said control signal.

4. A control apparatus in accordance with claim 3 wherein said detecting means includes
means for detecting at least two predetermined sequences of predetermined tone signals and producing corresponding sequence detection signals;
wherein said control means is responsive to each said sequence detection signal for changing state; and
further including
gating means
coupled with said control means and with said sequence detecting means
for preventing reception of [a] *one of said corresponding* sequence detection [signal] *signals* at said control means in response to a corresponding control signal,
thereby preventing said control means from changing state in response to consecutive repetition of the same *corresponding* sequence detection signal.

5. A phone-line-linked, tone-operated control apparatus comprising:
detecting means coupled to receive tone signals from said phone line,
for detecting at least one predetermined sequence of predetermined tone signals and
for producing a corresponding sequence detection signal;
control means responsive to said sequence detection signal
for producing a corresponding control signal;
access limiting circuit means
coupled with said detecting means
for preventing production of said sequence detection signal
until an access sequence comprising
a further predetermined sequence of
predetermined tone signals is first received on said phone line;
wherein said access limiting *circuit* means includes

gate means
coupled with said detecting means
for normally preventing response thereof to said tone signals, and
counter means
coupled to said gate means and responsive to said tone signals
for causing said gate means to enable operation of said detecting means following a predetermined number of tone signals received thereby.

7. A phone-line-linked, tone-operated control apparatus comprising:
detecting means coupled to receive tone signals from said phone line,
for detecting at least one predetermined sequence of predetermined tone signals and
for producing a corresponding sequence detection signal;
control means responsive to said sequence detection signal
for producing a corresponding control signal; and
access limiting circuit means coupled with said detecting means
for preventing production of said sequence detection signal
until an access sequence comprising
a further predetermined sequence of predetermined tone signals is first received on said phone line;
wherein said access limiting *circuit* means further comprises
a first access sequence detector
responsive only to said access sequence,
a second access sequence detector
responsive only to a second access sequence comprising
a different predetermined sequence of predetermined tone signals, and
enabling circuit means
for normally enabling said first access sequence detector and disabling said second access sequence detector and
responsive to a predetermined number of sequences of tone signals not corresponding to said further predetermined sequence
for disabling said first access sequence detector and enabling said second access sequence detector.

8. A control apparatus according to claim 6 and further including
gate means
coupled to [said] answering means and
responsive to said disabling signal
for causing said answering means to disconnect said detecting means from said phone line.

10. A phone-line-linked, tone-operated control apparatus comprising:
detecting means coupled to receive tone signals from said phone line,
for detecting at least one predetermined sequence of predetermined tone signals and
for producing a corresponding sequence detection signal;
control means responsive to said sequence detection signal
for producing a corresponding control signal;
switching means responsive to said control signal
for activating a given instrument under control; and
feedback means coupled to said switching means
for producing a verifying signal in response to operation of said switching means

B2 4,596,900

for activating said instrument under control;

wherein said feedback means includes

gate means

coupled with answering circuit means and

responsive to said verifying signal for momentarily decoupling said [detecting] *answering* circuit means from said phone line and

thereby producing an audible signal.

11. An access limiting apparatus for use with a phone-line-linked, tone-operated control apparatus and comprising:

access sequence detecting means coupled to receive tone signals from said phone line.

and responsive to a predetermined number of tone signals received on said phone line other than an access sequence comprising a predetermined sequence of predetermined tone signals

for producing a disabling signal;

disabling means

coupled to said control apparatus

for preventing operation thereof in response to said disabling signal;

wherein said access limiting [means] *apparatus* further comprises

a first access sequence detector

responsive only to said access sequence.

a second access sequence detector

responsive only to a second access sequence comprising

a different predetermined sequence of predetermined tone signals, and

enabling circuit means

for normally enabling said first access sequence detector and disabling said second access sequence detector and

responsive to a predetermined number of sequences of tone signals not corresponding to said [further predetermined] *access sequence*

for disabling said first access sequence detector and enabling said second access sequence detector.

15. A phone-line-linked, tone-operated control apparatus comprising:

detecting means coupled to receive tone signals from said phone line.

for detecting at least one predetermined sequence of predetermined tone signals and

for producing a corresponding sequence detection signal;

control means responsive to said sequence detection signal

for producing a corresponding control signal;

access limiting circuit means coupled with said detecting means

for preventing production of said sequence detection signal

until an access sequence comprising

a further predetermined sequence of predetermined tone signals is first received on said phone line;

wherein said access limiting circuit means comprises

gating circuit means

for producing a gate signal in response to tone signals making up said [predetermined] *access sequence*;

counter means

for producing a count signal upon counting a predetermined number of received tone signals greater in number than the number of tone signals in said access sequence, and

responsive to said count signal and said gate signal

for disabling production of said sequence detection signal when said access sequence is not present in said predetermined number of received tone signal;

whereby a selected number of additional, arbitrary tone signals may be received in addition to the signals of said access sequence without disabling production of said sequence detecting [signals] *signal*,

said selected number of additional signals and the number of signals in said access sequence together equalling the number of signals counted by said counter means.

18. A control apparatus in accordance with claim 1, further including

access limiting means

coupled with said detecting means,

for preventing production of said sequence detection signal until an access sequence comprising

a further predetermined sequence of predetermined tone signals is first received on said phone line;

wherein said access limiting means includes

access limiting gate means

coupled with said detecting means

for normally preventing response thereof to said tone signals, and

counter means

coupled to said access limiting gate means and responsive to said tone signals

for causing said access limiting gate means to enable operation of said detecting means following a predetermined number of tone signals received thereby.

19. A control apparatus in accordance with claim 1, further including

access limiting means coupled with said detecting means

for preventing production of said sequence detection signal

until an access sequence comprising

a further predetermined sequence of predetermined tone signals is first received on said phone line;

wherein said access limiting means further comprises

a first access sequence detector

responsive only to said access sequence,

a second access sequence detector

responsive only to a second access sequence comprising

a different predetermined sequence of predetermined tone signals, and

enabling circuit means

for normally enabling said first access sequence detector and disabling said second access sequence detector and

responsive to a predetermined number of sequences of tone signals not corresponding to said access sequence

for disabling said first access sequence detector and enabling said second access sequence detector.

20. A control apparatus in accordance with claim 1, further including

switching means responsive to said control signal

for controlling said device; and

feedback means coupled to said switching means

for producing a verifying signal in response to the changing of said device from one operating state to another;

wherein said feedback means includes

gate means

B2 4,596,900

7

responsive to said verifying signal for producing an
audible verification signal on said phone line.

21. A control apparatus in accordance with claim 1,
further including
access limiting means comprising:
access sequence detecting means coupled to receive tone
signals from said phone line,
and responsive to a predetermined number of tone signals
received on said phone line other than a first access
sequence comprising
a predetermined sequence of predetermined tone sig-
nals for producing a disabling signal;
disabling means
coupled to said control apparatus
for preventing operation thereof in response to said
disabling signal;
wherein said access limiting means further comprises
a first access sequence detector
responsive only to said first access sequence,
a second access sequence detector
responsive only to a second access sequence compris-
ing
a different predetermined sequence of predetermined
tone signals, and
enabling circuit means
for normally enabling said first access sequence detec-
tor and disabling said second access sequence detec-
tor and
responsive to a predetermined number of sequences of
tone signals not corresponding to said first access
sequence
for disabling said first access sequence detector and
enabling said second access sequence detector.

22. A control apparatus in accordance with claim 1,
further including
access limiting means coupled with said detecting means
for preventing production of said sequence detection
signal
until an access sequence comprising
a further predetermined sequence of predetermined
tone signals is first received on said phone line;
wherein said access limiting means comprises
gating circuit means
for producing a gate signal in response to tone signals
making up said access sequence,
counter means
for producing a count signal upon counting a prede-
termined number of received tone signals greater in
number than the number of tone signals in said
access sequence, and
disabling circuit means
responsive to said count signal and said gate signal
for disabling production of said sequence detection
signal when said access sequence is not present in
said
predetermined number of received tone signals;
whereby a selected number of additional, arbitrary tone
signals may be received in addition to the signals of said
access sequence without disabling production of said
sequence detecting signal,
said selected number of additional signals and the number
of signals in said access sequence together equalling the
number of signals counted by said counter means.

23. A control apparatus in accordance with claim 3,

8

means for coupling said apparatus in parallel with a tele-
phone receiver
for permitting production of said corresponding sequence
detection signal and production of said control signal
simultaneously with conversation over said telephone
receiver.

24. A control apparatus in accordance with claim 3,
further including
decoupling means
responsive to a remotely located transmitter going off the
telephone line
for disconnecting the control apparatus from the tele-
phone line.

25. A control apparatus in accordance with claim 3,
further including
means for coupling said sequence detecting means to said
phone line in response to a predetermined member of ring
tones received on said phone line.

26. A control apparatus in accordance with claim 3,
further including
access limiting means
coupled with said detecting means,
for preventing production of said corresponding sequence
detection signal
until an access sequence comprising
a further predetermined sequence of predetermined
tone signals is first received on said phone line;
wherein said access limiting means includes
gate means
coupled with said detecting means
for normally preventing response thereof to said tone
signals, and
counter means
coupled to said gate means and responsive to said tone
signals
for causing said gate means to enable operation of said
detecting means following a predetermined number
of tone signals received thereby.

27. A control apparatus in accordance with claim 3,
further including
access limiting means coupled with said detecting means
for preventing production of said corresponding sequence
detection signal
until an access sequence comprising
a further predetermined sequence of predetermined
tone signals is first received on said phone line;
wherein said access limiting means further comprises
first access sequence detector
responsive only to said access sequence,
second access sequence detector
responsive only to a second access sequence compris-
ing
a different predetermined sequence of predetermined
tone signals, and
enabling circuit means
for normally enabling said first access sequence detec-
tor and disabling said second access sequence detec-
tor and
responsive to a predetermined number of sequences of
tone signals not corresponding to said further pre-
determined sequence
for disabling said first access sequence detector and
enabling said second access sequence detector.

28. A control apparatus in accordance with claim 3,

B2 4,596,900

9

switching means responsive to said control signal
for controlling a device; and
feedback means coupled to said switching means
for producing a verifying signal in response to the
changing of said device from one operating state to
another;
wherein said feedback means includes
gate means
coupled to answering circuit means and
responsive to said verifying signal for producing an
audible verification signal on said phone line.
29. A control apparatus in accordance with claim 3,
further including
access limiting means comprising:
access sequence detecting means coupled to receive tone
signals from said phone line,
and responsive to a predetermined number of tone signals
received on said phone line other than a first access
sequence comprising
a predetermined sequence of predetermined tone sig-
nals for producing a disabling signal;
disabling means
coupled to said control apparatus
for preventing operation thereof in response to said
disabling signal;
wherein said access limiting means further comprises
a first access sequence detector
responsive only to said first access sequence,
a second access sequence detector
responsive only to a second access sequence compris-
ing
a different predetermined sequence of predetermined
tone signals, and
enabling circuit means
for normally enabling said first access sequence detec-
tor and disabling said second access sequence detec-
tor and
responsive to a predetermined number of sequences of
tone signals not corresponding to said first access
sequence
for disabling said first access sequence detector and
enabling said second access sequence detector.
30. A control apparatus in accordance with claim 3,
further including
access limiting means coupled with said detecting means
for preventing production of said corresponding sequence
detection signal
until an access sequence comprising
a further predetermined sequence of predetermined
tone signals is first received on said phone line;
wherein said access limiting means comprises
gating circuit means
for producing a gate signal in response to tone signals
making up said access sequence,
counter means
for producing a count signal upon counting a prede-
termined number of received tone signals greater in
number than the number of tone signals in said
access sequence, and
disabling circuit means
responsive to said count signal and said gate signal
for disabling production of said corresponding
sequence detection signal when said access
sequence is not present in said predetermined num-

10

whereby a selected number of additional, arbitrary tone
signals may be received in addition to the signals of said
access sequence without disabling production of said
corresponding sequence detecting signal,
said selected number of additional signals and the num-
ber of signals in said access sequence together equal-
ling the number of signals counted by said counter
means.
31. A control apparatus in accordance with claim 5,
further including
means for coupling said apparatus in parallel with a tele-
phone receiver
for permitting production of said sequence detection
signal and production of said control signal simulta-
neously with conversation over said telephone receiver.
32. A control apparatus in accordance with claim 5,
further including
decoupling means
responsive to a remotely located transmitter going off the
telephone line
for disconnecting the control apparatus from the tele-
phone line.
33. A control apparatus in accordance with claim 5,
further including
means for coupling said sequence detecting means to said
phone line in response to a predetermined number of ring
tones received on said phone line.
34. A control apparatus in accordance with claim 5,
wherein
said access sequence comprising said further predetermined
sequence of predetermined tone signals is a first access
sequence and,
said access limiting circuit means further comprises
a first access sequence detector
responsive only to said first access sequence,
a second access sequence detector
responsive only to a second access sequence compris-
ing
a different predetermined sequence of predetermined
tone signals, and
enabling circuit means
for normally enabling said first access sequence detec-
tor and disabling said second access sequence detec-
tor and
responsive to a predetermined number of sequences of
tone signals not corresponding to said first access
sequence
for disabling said first access sequence detector and
enabling said second access sequence detector.
35. A control apparatus in accordance with claim 5,
further including
switching means responsive to said control signal
for controlling a device; and
feedback means coupled to said switching means
for producing a verifying signal in response to the chang-
ing of said device from one operating state to another;
wherein said feedback means includes
gate means
coupled to answering circuit means and
responsive to said verifying signal for producing an
audible verification signal on said phone line.
36. A control apparatus in accordance with claim 5,
wherein
said access sequence comprising a further predetermined
sequence of predetermined tone signals is a first access

B2 4,596,900

11

said access limiting circuit means further comprises

access sequence detecting means responsive to a predetermined number of tone signals received on said phone line other than said first access sequence
for producing a disabling signal;

disabling means
coupled to said control apparatus
for preventing operation thereof in response to said disabling signal;

first access sequence detector
responsive only to said first access sequence,

a second access sequence detector
responsive only to a second access sequence comprising
a different predetermined sequence of predetermined tone signals, and

enabling circuit means
for normally enabling said first access sequence detector and disabling said second access sequence detector and
responsive to a predetermined number of sequences of tone signals not corresponding to said first access sequence
for disabling said first access sequence detector and enabling said second access sequence detector.

37. A control apparatus in accordance with claim 5, wherein

said access limiting circuit means further comprises

access limiting gating circuit means
for producing a gate signal in response to tone signals making up said access sequence,

wherein said counter means
produces a count signal upon counting a predetermined number of received tone signals greater in number than the number of tone signals in said access sequence, and

further including disabling circuit means
responsive to said count signal and said gate signal for disabling production of said access detection signal when said access sequence is not present in said predetermined number of received tone signals;

whereby a selected number of additional, arbitrary tone signals may be received in addition to the signals of said access sequence without disabling production of said sequence detecting signal,

said selected number of additional signals and the number of signals in said access sequence together equalling the number of signals counted by said counter means.

38. A control apparatus in accordance with claim 7, further including

means for coupling said apparatus in parallel with a telephone receiver
for permitting production of said sequence detection signal and production of said control signal simultaneously with conversation over said telephone receiver.

39. A control apparatus in accordance with claim 7, further including

decoupling means
responsive to a remotely located transmitter going off the telephone line
for disconnecting the control apparatus from the telephone line.

40. A control apparatus in accordance with claim 7,

12

means for coupling said sequence detecting means to said phone line in response to a predetermined number of ring tones received on said phone line.

41. A control apparatus in accordance with claim 7, further including

switching means responsive to said control signal
for controlling a device; and

feedback means coupled to said switching means
for producing a verifying signal in response to the changing of said device from one operating state to another;

wherein said feedback means includes
gate means
coupled to answering circuit means and
responsive to said verifying signal for producing an audible verification signal on said phone line.

42. A control apparatus in accordance with claim 7, wherein

said access limiting circuit means further comprises

access sequence detecting means coupled to receive tone signals from said phone line,
and responsive to a predetermined number of tone signals received on said phone line other than said access sequence
for producing a disabling signal;

disabling means
coupled to said control apparatus
for preventing operation thereof in response to said disabling signal.

43. A control apparatus in accordance with claim 7, wherein

said access limiting circuit means further comprises

gating circuit means
for producing a gate signal in response to tone signals making up said access sequence,

counter means
for producing a count signal upon counting a predetermined number of received tone signals greater in number than the number of tone signals in said access sequence, and

disabling circuit means
responsive to said count signal and said gate signal for disabling production of said sequence detection signal when said access sequence is not present in said predetermined number of received tone signals;

whereby a selected number of additional, arbitrary tone signals may be received in addition to the signals of said access sequence without disabling production of said sequence detecting signal,

said selected number of additional signals and the number of signals in said access sequence together equalling the number of signals counted by said counter means.

44. A control apparatus in accordance with claim 10, further including

means for coupling said apparatus in parallel with a telephone receiver
for permitting production of said sequence detection signal and
production of said control signal simultaneously with conversation over said telephone receiver.

45. A control apparatus in accordance with claim 10, further including

decoupling means
responsive to a remotely located transmitter going off the telephone line

B2 4,596,900

13

for disconnecting the control apparatus from the telephone line.

46. A control apparatus in accordance with claim 10, further including

means for coupling said sequence detecting means to said phone line in response to a predetermined number of ring tones received on said phone line.

47. A control apparatus in accordance with claim 10, further including

access limiting means

coupled with said detecting means,

for preventing production of said sequence detection signal

until an access sequence comprising

a further predetermined sequence of predetermined tone signals is first received on said phone line;

wherein said access limiting means includes

access limiting gate means

coupled with said detecting means

for normally preventing response thereof to said tone signals, and

counter means

coupled to said access limiting gate means and responsive to said tone signals

for causing said access limiting gate means to enable operation of said detecting means following a predetermined number of tone signals received thereby.

48. A control apparatus in accordance with claim 10, further including

access limiting means coupled with said detecting means

for preventing production of said sequence detection signal

until an access sequence comprising

a further predetermined sequence of predetermined tone signals is first received on said phone line;

wherein said access limiting means further comprises

a first access sequence detector

responsive only to said access sequence,

a second access sequence detector

responsive only to a second access sequence comprising

a different predetermined sequence of predetermined tone signals, and

enabling circuit means

for normally enabling said first access sequence detector and disabling said second access sequence detector and

responsive to a predetermined number of sequences of tone signals not corresponding to said further predetermined sequence

for disabling said first access sequence detector and enabling said second access sequence detector.

49. A control apparatus in accordance with claim 10, further including

access limiting means comprising:

access sequence detecting means coupled to receive tone signals from said phone line,

and responsive to a predetermined number of tone signals received on said phone line other than a first access sequence comprising

a predetermined sequence of predetermined tone signals for producing a disabling signal;

disabling means

coupled to said control apparatus

for preventing operation thereof in response to said

14

wherein said access limiting means further comprises

first access sequence detector

responsive only to said first access sequence,

a second access sequence detector

responsive only to a second access sequence comprising

a different predetermined sequence of predetermined tone signals, and

enabling circuit means

for normally enabling said first access sequence detector and disabling said second access sequence detector and

responsive to a predetermined number of sequences of tone signals not corresponding to said first access sequence

for disabling said first access sequence detector and enabling said second access sequence detector.

50. A control apparatus in accordance with claim 10, further including

access limiting means coupled with said detecting means

for preventing production of said sequence detection signal

until an access sequence comprising

a further predetermined sequence of predetermined tone signals is first received on said phone line;

wherein said access limiting means comprises

gating circuit means

for producing a gate signal in response to tone signals making up said access sequence,

counter means

for producing a count signal upon counting a predetermined number of received tone signals greater in number than the number of tone signals in said access sequence, and

disabling circuit means

responsive to said count signal and said gate signal

for disabling production of said sequence detection signal when said access sequence is not present in said predetermined number of received tone signals;

whereby a selected number of additional, arbitrary tone signals may be received in addition to the signals of said access sequence without disabling production of said sequence detecting signal,

said selected number of additional signals and the number of signals in said access sequence together equalling the number of signals counted by said counter means.

51. An access limiting apparatus in accordance with claim 11, further including

means for coupling said access limiting apparatus in parallel with a telephone receiver

for permitting simultaneous operation of said access limiting apparatus and conversation over said telephone receiver.

52. An access limiting apparatus in accordance with claim 11, further including

decoupling means

responsive to a remotely located transmitter going off the telephone line

for disconnecting the access limiting apparatus from the telephone line.

53. An access limiting apparatus in accordance with claim 11, further including

means for coupling said access limiting apparatus to said phone line in response to a predetermined number of ring

B2 4.596.900

15

54. An access limiting apparatus in accordance with claim 11, further including
gating circuit means
  for producing a gate signal in response to tone signals making up said access sequence, and
counter means
  for producing a count signal upon counting a predetermined number of received tone signals greater in number than the number of tone signals in said access sequence, and
wherein said disabling means is
  responsive to said count signal and said gate signal
  for disabling operation of said control apparatus when said access sequence is not present in said predetermined number of received tone signals;
whereby a selected number of additional, arbitrary tone signals may be received in addition to the signals of said access sequence without disabling operation of said control apparatus,
  said selected number of additional signals and the number of signals in said access sequence together equalling the number of signals counted by said counter means.
  55. A control apparatus in accordance with claim 15, further including
means for coupling said apparatus in parallel with a telephone receiver
  for permitting production of said sequence detection signal and production of said control signal simultaneously with conversation over said telephone receiver.
  56. A control apparatus in accordance with claim 15, further including
decoupling means
  responsive to a remotely located transmitter going off the telephone line
  for disconnecting the control apparatus from the telephone line.
  57. A control apparatus in accordance with claim 15, further including
means for coupling said sequence detecting means to said phone line in response to a predetermined number of ring tones received on said phone line.
  58. A control apparatus in accordance with claim 15, further including
switching means responsive to said control signal
  for controlling a device; and
feedback means coupled to said switching means
  for producing a verifying signal in response to the changing of said device from one operating state to another;
wherein said feedback means includes
  gate means
    coupled to answering circuit means and
    responsive to said verifying signal for producing an audible verification signal on said phone line.
  59. A phone-line-linked, tone-operated control apparatus for remotely controlling various functions of at least one device, said apparatus comprising:
integrated circuit detecting means coupled to receive DTMF tone signals from said phone line,
  for detecting at least one predetermined sequence of predetermined DTMF tone signals and
  for producing a corresponding sequence detection signal;
integrated circuit control means responsive to said sequence detection signal

16

wherein said detecting means comprises
  first integrated circuit detecting means
    for producing a first detection signal in response to the reception of a first predetermined sequence of predetermined DTMF tone signals and
  second integrated circuit detecting means
    for producing a second detection signal in response to the reception of a second predetermined sequence of predetermined DTMF tone signals;
wherein said control means is
  responsive to said first detection signal for producing a corresponding first control signal and
  responsive to said second detection signal for producing a corresponding second control signal;
wherein said control means comprises
  integrated circuit dual state means
    for producing only one of said first control signal and said second control signal at a time; and
wherein said first and said second integrated circuit detecting means further include
  integrated circuit gating means
    coupled in circuit
    for disabling production of said first and said second detection signals respectively
    in response to said second control signal and said first control signal, respectively,
    whereby said apparatus cannot produce said first detection signal and said second detection signal at the same time.
  60. A control apparatus in accordance with claim 59
wherein said detecting means comprises
  integrated circuit tone decoding means
    responsive to said DTMF tone signals
    for producing digitally encoded signals corresponding in a predetermined fashion to said DTMF tone signals; and
  integrated circuit digital decoding means
    responsive to predetermined ones of said digitally encoded signals occurring in a predetermined sequence for producing said correspoinding sequence detection signal.
  61. A control apparatus in accordance with claim 59 and further including
  integrated circuit means for coupling said apparatus in parallel with a telephone receiver
    for permitting production of said sequence detection signal and production of said control signal simultaneously with conversation over said telephone receiver.
  62. A control apparatus in accordance with claim 59 and further including
  integrated circuit decoupling means
    responsive to a remotely located transmitter going off the telephone line
    for disconnecting the control apparatus from the telephone line.
  63. A control apparatus in accordance with claim 59 and further including
  integrated circuit means for coupling said sequence detecting means to said phone line in response to a predetermined number of ring tones received on said phone line.
  64. A control apparatus in accordance with claim 59, further including
  integrated circuit access limiting means

B2 4,596,900

17

for preventing production of said sequence detection
signal until an access sequence comprising
a further predetermined sequence of predetermined
DTMF tone signals is first received on said phone
line;
wherein said access limiting means includes
integrated circuit access limiting gate means
coupled with said detecting means
for normally preventing response thereof to said DTMF
tone signals, and
integrated circuit counter means
coupled to said access limiting gate means and
responsive to said DTMF tone signals
for causing said access limiting gate means to enable
operation of said detecting means following a pre-
determined number of DTMF tone signals received
thereby.
65. A control apparatus in accordance with claim 59,
further including
integrated circuit access limiting means coupled with said
detecting means
for preventing production of said sequence detection
signal
until an access sequence comprising
a further predetermined sequence of predetermined
DTMF tone signals is first received on said phone
line;
wherein said access limiting means further comprises
a first access sequence detector
responsive only to said access sequence,
a second access sequence detector
responsive only to a second access sequence compris-
ing
a different predetermined sequence of predetermined
DTMF tone signals, and
integrated circuit enabling circuit means
for normally enabling said first access sequence detec-
tor and disabling said second access sequence detec-
tor and
responsive to a predetermined number of sequences of
DTMF tone signals not corresponding to said access
sequence
for disabling said first access sequence detector and
enabling said second access sequence detector.
66. A control apparatus in accordance with claim 59,
further including
integrated circuit switching means responsive to said con-
trol signal
for controlling said device; and
integrated circuit feedback means coupled to said switching
means
for producing a verifying signal in response to the chang-
ing of said device from one operating state to another;
wherein said feedback means includes
integrated circuit gate means
coupled to integrated circuit answering circuit means
and
responsive to said verifying signal for producing an
audible verification signal on said phone line.
67. A control apparatus in accordance with claim 59,
further including
integrated circuit access limiting means comprising
integrated circuit access sequence detecting means coupled
to receive DTMF tone signals from said phone line,
and responsive to a predetermined number of DTMF tone
signals received on said phone line other than a first

18

a predetermined sequence of predetermined DTMF
tone signals for producing a disabling signal;
integrated circuit disabling means
coupled to said control apparatus
for preventing operation thereof in response to said
disabling signal;
wherein said access limiting means further comprises
a first access sequence detector
responsive only to said first access sequence,
a second access sequence detector
responsive only to a second access sequence compris-
ing
a different predetermined sequence of predetermined
DTMF tone signals, and
integrated circuit enabling circuit means
for normally enabling said first access sequence detec-
tor and disabling said second access sequence detec-
tor and
responsive to a predetermined number of sequences of
DTMF tone signals not corresponding to said first
access sequence
for disabling said first access sequence detector and
enabling said second access sequence detector.
68. A control apparatus in accordance with claim 59,
further including
integrated circuit access limiting means coupled with said
detecting means
for preventing production of said sequence detection
signal
until an access sequence comprising
a further predetermined sequence of predetermined
DTMF tone signals is first received on said phone
line;
wherein said access limiting means comprises
integrated circuit gating means
for producing a gate signal in response to DTMF tone
signals making up said access sequence
integrated circuit counter means
for producing a count signal upon counting a prede-
termined number of received DTMF tone signals
greater in number than the number of DTMF tone
signals in said access sequence, and
integrated circuit disabling circuit means
responsive to said count signal and said gate signal
for disabling production of said sequence detection
signal when said access sequence is not present in
said predetermined number of received DTMF tone
signals;
whereby a selected number of additional, arbitrary DTMF
tone signals may be received in addition to the signals of
said access sequence without disabling production of said
sequence detecting signal,
said selected number of additional signals and the number
of signals in said access sequence together equalling the
number of signals counted by said counter means.
69. A phone-line-linked, tone-operated control apparatus
for remotely and selectively controlling a plurality of
operations, said operations being bistable by having only
two mutually-exclusive stable operating conditions, said
apparatus comprising:
integrated circuit detecting means coupled to receive a
plurality of DTMF tone signals from said phone line,
for detecting at least one predetermined sequence of
predetermined DTMF tone signals and
for producing a corresponding sequence detection signal;

B2 4,596,900

19

integrated circuit control means responsive to said sequence detection signal for producing a corresponding control signal;

wherein said detecting means comprises
integrated circuit tone decoding means
for converting each received one of said plurality of DTMF tone signals into an encoded multiple-bit digital signal, with each said encoded multiple-bit digital signal having a total number of bits substantially less than the total number of DTMF tone signals in said plurality of DTMF tone signals,

integrated circuit logic gate means
coupled to receive said encoded multiple-bit digital signals and
responsive to said encoded multiple-bit digital signals of predetermined logic content for producing gated output signals, and

integrated circuit sequence detecting means
coupled to said logic gate means
for producing said corresponding sequence detection signal in response to production of said gated output signals in a predetermined sequence; and

wherein said control means comprises
integrated circuit flip-flop means associated with each said bistable operation, with said flip-flop means producing first state and second state output signals for each said bistable operation,
said first state output signal corresponding to one of said mutually-exclusive operating conditions,
said second state output signal corresponding to the other of said mutually-exclusive operating conditions, and
wherein said flip-flop means
is responsive to a sequence detection signal selectively associated with one of said conditions of fewer than all of said bistable operations
for changing from said first state output signal to said second state output signal for said fewer than all of said bistable operations and
is responsive to a different sequence detection signal selectively associated with the other one of said conditions of fewer than all of said bistable operations
for changing from said second state output signal to said first state output signal for said fewer than all of said bistable operations, and
maintaining the state of said flip-flop means until and if and only if said flip-flop means responds to a sequence detection signal selectively associated with the other of said conditions of fewer than all of said bistable operations,
said first and second state output signals comprising said control signal.

70. A control apparatus in accordance with claim 69
wherein said detecting means includes
integrated circuit means for detecting at least two predetermined sequences of predetermined DTMF tone signals and producing corresponding sequence detection signals;
wherein said control means is responsive to each said sequence detection signal for changing state; and
further including
integrated circuit gating means
coupled with said control means and with said sequence detecting means
for preventing reception of one of said corresponding sequence detection signal at said control means in

20

thereby preventing said control means from changing state in response to consecutive repetition of the same corresponding sequence detection signal.

71. A control apparatus in accordance with claim 69, further including
integrated circuit means for coupling said apparatus in parallel with a telephone receiver
for permitting production of said corresponding sequence detection signal and production of said control signal simultaneously with conversation over said telephone receiver.

72. A control apparatus in accordance with claim 69, further including
integrated circuit decoupling means
responsive to a remotely located transmitter going off the telephone line
for disconnecting the control apparatus from the telephone line.

73. A control apparatus in accordance with claim 69, further including
integrated circuit means for coupling said sequence detecting means to said phone line in response to a predetermined number of ring tones received on said phone line.

74. A control apparatus in accordance with claim 69, further including
integrated circuit access limiting means
coupled with said detecting means,
for preventing production of said corresponding sequence detection signal
until an access sequence comprising
a further predetermined sequence of predetermined DTMF tone signals is first received on said phone line;

wherein said access limiting means includes
integrated circuit gate means
coupled with said detecting means
for normally preventing response thereof to said DTMF tone signals, and

integrated circuit counter means
coupled to said gate means and responsive to said DTMF tone signals
for causing said gate means to enable operation of said detecting means following a predetermined number of DTMF tone signals received thereby.

75. A control apparatus in accordance with claim 69, further including
integrated circuit access limiting means coupled with said detecting means
for preventing production of said corresponding sequence detection signal
until an access sequence comprising
a further predetermined sequence of predetermined DTMF tone signals is first received on said phone line;

wherein said access limiting means further comprises
a first access sequence detector
responsive only to said access sequence,
a second access sequence detector
responsive only to a second access sequence comprising
a different predetermined sequence of predetermined DTMF tone signals, and
integrated circuit enabling circuit means
for normally enabling said first access sequence detector and disabling said second access sequence detec-

B2 4,596,900

21

responsive to a predetermined number of sequences of
DTMF tone signals not corresponding to said further
predetermined sequence

for disabling said first access sequence detector and
enabling said second access sequence detector.

76. A control apparatus in accordance with claim 69,
further including

integrated circuit switching means responsive to said con-
trol signal

for controlling a device; and

integrated circuit feedback means coupled to said switching
means

for producing a verifying signal in response to the chang-
ing of said device from one operating state to another;

wherein said feedback means includes

integrated circuit gate means

coupled to integrated circuit answering circuit means,
and

responsive to said verifying signal for producing an
audible verification signal on said phone line.

77. A control apparatus in accordance with claim 69,
further including

integrated circuit access sequence detecting means comprising:

integrated circuit access sequence detecting means coupled
to receive DTMF tone signals from said phone line,

and responsive to a predetermined number of DTMF tone
signals received on said phone line other than a first
access sequence comprising

a predetermined sequence of predetermined DTMF
tone signals for producing a disabling signal;

integrated circuit disabling means

coupled to said control apparatus

for preventing operation thereof in response to said
disabling signal;

wherein said access limiting means further comprises

a first access sequence detector

responsive only to said first access sequence,

a second access sequence detector

responsive only to a second access sequence compris-
ing

a different predetermined sequence of predetermined
DTMF tone signals, and

integrated circuit enabling circuit means

for normally enabling said first access sequence detec-
tor and disabling said second access sequence detec-
tor and

responsive to a predetermined number of sequences of
DTMF tone signals not corresponding to said first
access sequence

for disabling said first access sequence detector and
enabling said second access sequence detector.

78. A control apparatus in accordance with claim 69,
further including

integrated circuit access limiting means coupled with said
detecting means

for preventing production of said corresponding sequence
detection signal

until an access sequence comprising

a further predetermined sequence of predetermined
DTMF tone signals is first received on said phone
line;

wherein said access limiting means comprises

integrated circuit gating circuit means

22

integrated circuit counter means

for producing a count signal upon counting a prede-
termined number of received DTMF tone signals
greater in number than the number of DTMF tone
signals in said access sequence, and

integrated circuit disabling circuit means

responsive to said count signal and said gate signal for
disabling production of said corresponding sequence
detection signal when said access sequence is not
present in said predetermined number of received
DTMF tone signals;

whereby a selected number of additional, arbitrary DTMF
tone signals may be received in addition to the signals of
said access sequence without disabling production of said
corresponding sequence detecting signal,

said selected number of additional signals and the num-
ber of signals in said access sequence together equal-
ling the number of signals counted by said counter
means.

79. A phone-line-linked, tone-operated control apparatus
comprising:

integrated circuit detecting means coupled to receive DTMF
tone signals from said phone line,

for detecting at least one predetermined sequence of
predetermined DTMF tone signals and

for producing a corresponding sequence detection signal;

integrated circuit control means responsive to said sequence
detection signal

for producing a corresponding control signal;

integrated circuit access limiting circuit means

coupled with said detecting means,

for preventing production of said sequence detection
signal

until an access sequence comprising

a further predetermined sequence of predetermined
DTMF tone signals is first received on said phone
line;

wherein said access limiting circuit means includes

integrated circuit gate means

coupled with said detecting means

for normally preventing response thereof to said DTMF
tone signals, and

integrated circuit counter means

coupled to said gate means and responsive to said
DTMF tone signals

for causing said gate means to enable operation of said
detecting means following a predetermined number
of DTMF tone signals received thereby.

80. A control apparatus in accordance with claim 79
wherein

said access limiting means further includes

integrated circuit access sequence detecting means

responsive to a predetermined number of DTMF tone
signals consecutively received on said phone line
other than said access sequence

of producing a disabling signal; and

integrated circuit disabling means

coupled to said detecting means

for preventing production of said sequence detection
signal in response to said disabling signal.

80. A control apparatus according to claim 80 and further
including

integrated circuit gate means

B2 4,596,900

23

for causing said answering means to disconnect said detecting means from said phone line.

82. A control apparatus in accordance with claim 79 and further including

integrated circuit access sequence detecting means

for producing a disabling signal in response to a predetermined number of DTMF tone signals not comprising said access sequence and

integrated circuit gate means

for disconnecting said detecting means from said phone line in response to said disabling signal.

83. A control apparatus in accordance with claim 79, further including

integrated circuit means for coupling said apparatus in parallel with a telephone receiver

for permitting production of said sequence detection signal and production of said control signal simultaneously with conversation over said telephone receiver.

84. A control apparatus in accordance with claim 79, further including

integrated circuit decoupling means

responsive to a remotely located transmitter going off the telephone line

for disconnecting the control apparatus from the telephone line.

85. A control apparatus in accordance with claim 79, further including

integrated circuit means for coupling said sequence detecting means to said phone line in response to a predetermined number of ring tones received on said phone line.

86. A control apparatus in accordance with claim 79, wherein

said access sequence comprising said further predetermined sequence of predetermined DTMF tone signals is a first access sequence and,

said access limiting circuit means further comprises

a first access sequence detector

responsive only to said first access sequence,

a second access sequence detector

responsive only to a second access sequence comprising

a different predetermined sequence of predetermined DTMF tone signals, and

integrated circuit enabling circuit means

for normally enabling said first access sequence detector and disabling said second access sequence detector and

responsive to a predetermined number of sequences of DTMF tone signals not corresponding to said first access sequence

for disabling said first access sequence detector and enabling said second access sequence detector.

87. A control apparatus in accordance with claim 79, further including

integrated circuit switching means responsive to said control signal

for controlling a device; and

integrated circuit feedback means coupled to said switching means

for producing a verifying signal in response to the changing of said device from one operating state to another; wherein said feedback means includes

integrated circuit gate means

coupled to integrated circuit answering circuit means

24

responsive to said verifying signal for producing an audible verification signal on said phone line.

88. A control apparatus in accordance with claim 79, wherein

said access sequence comprising a further predetermined sequence of predetermined DTMF tone signals is a first access sequence and

said access limiting circuit means further comprises

integrated circuit access sequence detecting means

responsive to a predetermined number of DTMF tone signals received on said phone line other than said first access sequence

for producing a disabling signal;

integrated circuit disabling means

coupled to said control apparatus

for preventing operation thereof in response to said disabling signal;

a first access sequence detector

responsive only to said first access sequence,

a second access sequence detector

responsive only to a second access sequence comprising a different predetermined sequence of predetermined DTMF tone signals, and

integrated circuit enabling circuit means

for normally enabling said first access sequence detector and disabling said second access sequence detector and

responsive to a predetermined number of sequences of DTMF tone signals not corresponding to said first access sequence

for disabling said first access sequence detector and enabling said second access sequence detector.

89. A control apparatus in accordance with claim 79, wherein

said access limiting circuit means further comprises

integrated circuit access limiting gating circuit means

for producing a gate signal in response to DTMF tone signals making up said access sequence,

wherein said counter means

produces a count signal upon counting a predetermined number of received DTMF tone signals greater in number than the number of DTMF tone signals in said access sequence, and

further including integrated circuit disabling circuit means

responsive to said count signal and said gate signal

for disabling production of said sequence detection signal when said access sequence is not present in said predetermined number of received DTMF tone signals;

whereby a selected number of additional, arbitrary DTMF tone signals may be received in addition to the signals of said access sequence without disabling production of said sequence detecting signal,

said selected number of additional signals and the number of signals in said access sequence together equalling the number of signals counted by said counter means.

90. A phone-line-linked, tone-operated control apparatus comprising:

integrated circuit detecting means coupled to receive DTMF tone signals from said phone line,

for detecting at least one predetermined sequence of predetermined DTMF tone signals and

B2 4,596,900

25

integrated circuit control means responsive to said sequence
detection signal
    for producing a corresponding control signal; and
integrated circuit access limiting circuit means coupled with
said detecting means
    for preventing production of said sequence detection
    signal
    until an access sequence comprising
        a further predetermined sequence of predetermined
        DTMF tone signals is first received on said phone
        line;
wherein said access limiting circuit means further comprises
    a first access sequence detector
        responsive only to said access sequence,
    a second access sequence detector
        responsive only to a second access sequence compris-
        ing
            a different predetermined sequence of predetermined
            DTMF tone signals, and
    integrated circuit enabling circuit means
        for normally enabling said first access sequence detec-
        tor and disabling said second access sequence detec-
        tor and
        responsive to a predetermined number of sequences of
        DTMF tone signals not corresponding to said further
        predetermined sequence
            for disabling said first access sequence detector and
            enabling said second access sequence detector.
91. A control apparatus in accordance with claim 90,
further including
integrated circuit means for coupling said apparatus in
parallel with a telephone receiver
    for permitting a production of said sequence detection
    signal and production of said control signal simulta-
    neously with conversation over said telephone receiver.
92. A control apparatus in accordance with claim 90,
further including
integrated circuit decoupling means
    responsive to a remotely located transmitter going off the
    telephone line
    for disconnecting the control apparatus from the tele-
    phone line.
93. A control apparatus in accordance with claim 90,
further including
integrated circuit means for coupling said sequence detect-
ing means to said phone line in response to a predeter-
mined number of ring DTMF tones received on said
phone line.
94. A control apparatus in accordance with claim 90,
further including
integrated circuit switching means responsive to said con-
trol signal
    for controlling a device; and
integrated circuit feedback means coupled to said switching
means
    for producing a verifying sisal in response to the changing
    of said device from one operating state to another;
    wherein said feedback means includes
        integrated circuit gate means
            coupled to integrated circuit answering circuit means
            and
            responsive to said verifying signal for producing an
            audible verification signal on said phone line.
95. A control apparatus in accordance with claim 90,

26

said access limiting circuit means further comprises
integrated circuit access sequence detecting means coupled
    to receive DTMF tone signals from said phone line,
    and responsive to a predetermined number of DTMF tone
    signals received on said phone line other than said
    access sequence
    for producing a disabling signal;
integrated circuit disabling means
    coupled to said control apparatus
    for preventing operation thereof in response to said
    disabling signal.
96. A control apparatus in accordance with claim 90,
wherein
said access limiting circuit means further comprises
integrated circuit gating circuit means
    for producing a gate signal in response to DTMF tone
    signals making up said access sequence,
integrated circuit counter means
    for producing a count signal upon counting a prede-
    termined number of received DTMF tone signals
    greater in number than the number of DTMF tone
    signals in said access sequence, and
integrated circuit disabling circuit means
    responsive to said count signal and said gate signal
    for disabling production of said sequence detection
    signal when said access sequence is not present in
    said predetermined number of received DTMF tone
    signals;
whereby a selected number of additional, arbitrary DTMF
tone signals may be received in addition to the signals of
said access sequence without disabling production of said
sequence detecting signal,
said selected number of additional signals and the num-
ber of signals in said access sequence together equal-
ling the number of signals counted by said counter
means.
97. A phone-line-linked, tone-operated control apparatus
comprising:
integrated circuit detecting means coupled to receive DTMF
tone signals from said phone line,
    for detecting at least one predetermined sequence of
    predetermined DTMF tone signals and·
    for producing a corresponding sequence detection signal;
integrated circuit control means responsive to said sequence
detection signal
    for producing a corresponding control signal;
integrated circuit switching means responsive to said con-
trol signal
    for activating a given instrument under control; and
integrated circuit feedback means coupled to said switching
means
    for producing a verifying signal in response to operation
    of said switching means
    for activating said instrument under control;
    wherein said feedback means includes
        integrated circuit gate means
            coupled with integrated circuit answering circuit
            means and
            responsive to said verifying signal for momentarily
            decoupling said answering circuit means from said
            phone line and
            thereby producing an audible signal.
98. A control apparatus in accordance with claim 97,
further including
integrated circuit means for coupling said apparatus in
parallel with a telephone receiver

B2 4.596.900

27

for permitting production of said sequence detection
signal and production of said control signal simulta-
neously with conversation over said telephone receiver.

99. A control apparatus in accordance with claim 97,
further including

integrated circuit decoupling means

responsive to a remotely located transmitter going off the
telephone line

for disconnecting the control apparatus from the tele-
phone line.

100. A control apparatus in accordance with claim 97,
further including

integrated circuit means for coupling said sequence detect-
ing means to said phone line in response to a predeter-
mined number of ring DTMF tones received on said
phone line.

101. A control apparatus in accordance with claim 97,
further including

integrated circuit access limiting means

coupled with said detecting means,

for preventing production of said sequence detection
signal

until an access sequence comprising

a further predetermined sequence of predetermined
DTMF tone signals is first received on said phone
line;

wherein said access limiting means includes

integrated circuit access limiting gate means

coupled with said detecting means

for normally preventing response thereof to said DTMF
tone signals, and

integrated circuit access limiting counter means

coupled to said access limiting gate means and respon-
sive to said DTMF tone signals

for causing said access limiting gate means to enable
operation of said detecting means following a pre-
determined number of DTMF tone signals received
thereby.

102. A control apparatus in accordance with claim 97,
further including

integrated circuit access limiting means coupled with said
detecting means

for preventing production of said sequence detection
signal

until an access sequence comprising

a further predetermined sequence of predetermined
DTMF tone signals is first received on said phone
line;

wherein said access limiting means further comprises

a first access sequence detector

responsive only to said access sequence,

a second access sequence detector

responsive only to a second access sequence compris-
ing

a different predetermined sequence of predetermined
DTMF tone signals, and

integrated circuit enabling circuit means

for normally enabling said first access sequence detec-
tor and disabling said second access sequence detec-
tor and

responsive to a predetermined number of sequences of
DTMF tone signals not corresponding to said further
predetermined sequence

for disabling said first access sequence detector and

28

103. A control apparatus in accordance with claim 97,
further including

integrated circuit access limiting means comprising:

integrated circuit access sequence detecting means coupled
to receive DTMF tone signals from said phone line,

and responsive to a predetermined number of DTMF tone
signals received on said phone line other than a first
access sequence comprising

a predetermined sequence of predetermined DTMF
tone signals for producing a disabling signal;

integrated circuit disabling means

coupled to said control apparatus

for preventing operation thereof in response to said
disabling signal;

wherein said access limiting means further comprises

a first access sequence detector

responsive only to said first access sequence,

a second access sequence detector

responsive only to a second access sequence compris-
ing

a different predetermined sequence of predetermined
DTMF tone signals, and

integrated circuit enabling circuit means

for normally enabling said first access sequence detec-
tor and disabling said second access sequence detec-
tor and

responsive to a predetermined number of sequences of
DTMF tone signals not corresponding to said first
access sequence

for disabling said first access sequence detector and
disabling said second access sequence detector.

104. A control apparatus in accordance with claim 97,
further including

integrated circuit access limiting means coupled with said
detecting means

for preventing production of said sequence detecting
signal

until an access sequence comprising

a further predetermined sequence of predetermined
DTMF tone signals is first received on said phone
line;

wherein said access limiting means comprises

integrated circuit gating circuit means

for producing a gate signal in response to DTMF tone
signals making up said access sequence,

integrated circuit counter means

for producing a count signal upon counting a prede-
termined number of received DTMF tone signals
greater in number than the number of DTMF tone
signals in said access sequence, and

integrated circuit disabling circuit means

responsive to said count signal and said gate signal

for disabling production of said sequence detection
signal when said access sequence is not present in
said predetermined number of received DTMF tone
signals;

whereby a selected number of additional, arbitrary DTMF
tone signals may be received in addition to the signals of
said access sequence without disabling production of said
sequence detecting signal,

said selected number of additional signals and the num-
ber of signals in said access sequence together equal-
ling the number of signals counted by said counter
means.

105. An access limiting apparatus for use with a phone-
line-linked, tone-operated control apparatus and compris-

B2 4,596,900

integrated circuit access sequence detecting means coupled
to receive DTMF tone signals from said phone line,
and responsive to a predetermined number of DTMF tone
signals received on said phone line other than an
access sequence comprising a predetermined sequence
of predetermined DTMF tone signals
for producing a disabling signal;
integrated circuit disabling means
coupled to said control apparatus
for preventing operation thereof in response to said
disabling signal;
wherein said access limiting apparatus further comprises
a first access sequence detector
responsive only to said access sequence,
a second access sequence detector
responsive only to a second access sequence compris-
ing
a different predetermined sequence of predetermined
DTMF tone signals, and
integrated circuit enabling control means
for normally enabling said first access sequence detec-
tor and disabling said second access sequence detec-
tor and
responsive to a predetermined number of sequences of
DTMF tone signals not corresponding to said access
sequence
for disabling said first access sequence detector and
enabling said second access sequence detector.
106. An access limiting apparatus in accordance with
claim 105 and further including
integrated circuit answering means
for normally coupling said control apparatus to said
phone line in response to a predetermined number of
ring tones received on said phone line; and
integrated circuit gate means
for disconnecting said control apparatus from said phone
line in response to said disabling signal.
107. An access limiting apparatus according to claim 105
and further including
integrated circuit answering means
coupled to said phone line and
responsive to a predetermined number of ring tones
received on said phone line for coupling said control
apparatus to said phone line; and
integrated circuit gate means
coupled to said answering means and
responsive to said disabling signal for causing said
answering means to disconnect said control apparatus
from said phone line.
108. An access limiting apparatus in accordance with
claim 105, further including
integrated circuit means for coupling said access limiting
apparatus in parallel with a telephone receiver
for permitting simultaneous operation of said access limit-
ing apparatus and conversation over said telephone
receiver.
109. An access limiting apparatus in accordance with
claim 105, further including
integrated circuit decoupling means
responsive to a remotely located transmitter going off the
telephone line
for disconnecting the access limiting apparatus from the
telephone line.
110. An access limiting apparatus in accordance with

integrated circuit means for coupling said access limiting
apparatus to said phone line in response to a predeter-
mined number of ring tones received on said phone line.
111. An access limiting apparatus in accordance with
claim 105, further including,
integrated circuit gating circuit means
for producing a gate signal in response to DTMF tone
signals making up said access sequence, and
integrated circuit counter means
for producing a count signal upon counting a predeter-
mined number of received DTMF tone signals greater
in number than the number of DTMF tone signals in
said access sequence, and
wherein said disabling circuit means is
responsive to said count signal and said gate signal
for disabling operation of said control apparatus when
said access sequence is not present in said predeter-
mined number of received DTMF tone signals;
whereby a selected number of additional, arbitrary DTMF
tone signals may be received in addition to the signals of
said access sequence without disabling operation of said
control apparatus,
said selected number of additional signals and the num-
ber of signals in said access sequence together equal-
ling the number of signals counted by said counter
means.
112. A phone-line-linked, tone-operated control appara-
tus comprising:
integrated circuit detecting means coupled to receive DTMF
tone signals from said phone line,
for detecting at least one predetermined sequence of
predetermined DTMF tone signals and
for producing a corresponding sequence detection signal;
integrated circuit control means responsive to said sequence
detection signal
for producing a corresponding control signal; and
integrated circuit access limiting circuit means coupled with
said detecting means
for preventing production of said sequence detection
signal
until an access sequence comprising
a further predetermined sequence of predetermined
DTMF tone signals is first received on said phone
line;
wherein said access limiting circuit means comprises
integrated circuit gating circuit means
for producing a gate signal in response to DTMF tone
signals making up said access sequence,
integrated circuit counter means
for producing a count signal upon counting a prede-
termined number of received DTMF tone signals
greater in number than the number of DTMF tone
signals in said access sequence, and
integrated circuit disabling circuit means
responsive to said count signal and said gate signal
for disabling production of said sequence detection
signal when said access sequence is not present in
said predetermined number of received DTMF tone
signals;
whereby a selected number of additional, arbitrary DTMF
tone signals may be received in addition to the signals of
said access sequence without disabling production of said
sequence detecting signal,
said selected number of additional signals and the num-
ber of signals in said access sequence together equal-
ling the number of signals counted by said counter

B2 4,596,900

31

113. A control apparatus in accordance with claim 112, further including

integrated circuit means for coupling said apparatus in parallel with a telephone receiver

for permitting production of said sequence detection signal and production of said control signal simultaneously with conversation over said telephone receiver.

114. A control apparatus in accordance with claim 112, further including

integrated circuit decoupling means

responsive to a remotely located transmitter going off the telephone line

for disconnecting the control apparatus from the telephone line.

115. A control apparatus in accordance with claim 112, further including

integrated circuit means for coupling said sequence detecting means to said phone line in response to a predetermined number of ring tones received on said phone line.

32

116. A control apparatus in accordance with claim 112, further including

integrated circuit switching means responsive to said control signal

for controlling a device; and

integrated circuit feedback means coupled to said switching means

for producing a verifying signal in response to the changing of said device from one operating state to another;

wherein said feedback means includes

integrated circuit gate means

coupled to integrated circuit answering circuit means and

responsive to said verifying signal for producing an audible verification signal on said phone line.

* * * * *