# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT



DOCKETED
AUG 8 2002

Glenayre Electronics, Inc.,
    Plaintiff,
—VERSUS—
Philip Jackson,
    Defendant.

) Appeal from ☒ U.S. District Court for __Illinois__

) TRIAL COURT NO. __02 C 0256__

) CIRCUIT COURT NO. _____

FILED
AUG 7 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## TRANSCRIPT PURCHASE ORDER
(See Rules 10(a) of the Federal Circuit Rules)

PART 1 - TO BE COMPLETED BY APPELLANT WITHIN 10 DAYS OF FILING OF NOTICE OF APPEAL.
    Copies to be distributed by appellant as follows: Copies 1, 2, and 3 to court reporter; Copy 4 to Trial Court; Copy 5 to appellee; Copy 6 retained by appellant.

A. Complete one of the following:
    (   ) A transcript is not needed for appeal
    (   ) A transcript is already on file
    (xxx) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars):
    Note: voir dire and closing arguments are not prepared unless specifically requested.

**Transcript of Hearing held on May 31, 2002**

Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.

B. I certify that financial arrangements have been made with the reporter. Payment is by:
    (XX) Private funds
    (   ) Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED __Robert P. Greenspoon__ Date __Aug. 6, 2002__ COUNSEL FOR __Jackson, Defendant__
ADDRESS __Niro, Scavone, Haller & Niro, 181 W. Madison St., Chicago, IL 60602__
TELEPHONE __312-236-0733__

PART II - TO BE COMPLETED BY COURT REPORTER.
    Copies 1 and 3 retained by the reporter; Copy 2 to be transmitted to Clerk, U.S. Court of Appeals for the Federal Circuit, 717 Madison Place, N.W., Washington, DC 20439, on same date transcript order is received.

Date Purchase Order received: __8-6-02__
Estimated completion date: __8-27-02__
Estimated number of pages: __20__

I certify that satisfactory financial arrangements have/have not (strike one) been completed with appellant for payment of the cost of the transcript.

_____ 8/6/02
Signature and Date
Telephone: __312 939-4550__

PART III - NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.
    (To be completed by court reporter on date of filing transcript in Trial Court and this notification must be forwarded to Clerk, U.S. Court of Appeals for the Federal Circuit, 717 Madison Place, N.W., Washington, DC 20439, on same date.)

This is to certify that the transcript has been completed. __1__ volumes of transcript have been filed with the Trial Court today.

__8-7-02__      _____
Date      (Signature of Court Reporter)

Copy 4 — Trial Court Copy

3cca Eff. 9/82

30