# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### NOTICE OF DOCKETING

02-1537 - GLENAYRE ELECTRONICS V JACKSON

08/13/02
(Date of Docketing)

Appeal from DCT NO. 02-CV-256

United States District Court /

Name of appellant(s): PHILIP JACKSON

Critical dates for counsel, pro se parties, and the court include:

Date of docketing, as above (Rules 12 & 15)
Entry of appearance due (Rule 47.3)
Certificate of interest due (Rule 47.4)
**Briefs due (Rule 31) "You will not receive a separate briefing schedule from the Clerk's Office".**
Joint Statement of Compliance with Fed Cir. R. 33.
Calendar for oral argument or submission on briefs (Rule 34)

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

Attachments (with recipients noted) to this notice include:

Official caption (All)
Rules of Practice (pro se parties - attorneys must return the form below)
Entry of appearance form (All counsel and pro se parties)
Informal brief form (Pro se parties)
Transcript Purchase Order form (Rule 3 appellants)
Motion and Affidavit for Leave to Proceed in Forma Pauperis form (parties owing the docketing fee)

JAN HORBALY, Clerk

cc: ✓USDC ND/IL
Raymond P. Niro
Philip P. Mann

---

The Federal Circuit's Rules of Practice are available by calling (202) 633-6550, and the Rules are likewise available for downloading at www.fedcir.gov.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

02-1537

GLENAYRE ELECTRONICS, INC.,

          Plaintiff/Counterclaim Defendant-Appellee,

and

PRIMECO PERSONAL COMMUNICATIONS, L.P.,

          Counterclaim Defendant,

v.

PHILIP JACKSON,

          Defendant/Counterclaimant-Appellant.

Appeal from the United States District Court for the Northern District of California in case no. 02-CV-256, Judge Harry D. Leinenweber.

Authorized Abbreviated Caption[2]

GLENAYRE ELECTRONICS v JACKSON, 02-1537

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

*copy*

# UNITED STATES DISTRICT COURT
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604
(312) 435-5670

**MICHAEL W. DOBBINS,**
**Clerk**

OFFICE OF THE CLERK
July 24, 2002

U. S. FEDERAL COURT OF APPEALS
717 Madison Place N.W.
Washington, D.C. 20439

**02-1537**

RE: **GLENAYRE ELECTRONICS, INC, Plaintiff/Counter-defendant -v- PHILLIP JACKSON, Defendant/Counter-plaintiff**

**U.S.D.C. DOCKET NO. 02 C 256**

**U.S. FEDERAL COURT NO.**

**RECEIVED**

**AUG 1 3 2002**


United States Court of Appeals
For the Federal Circuit

Dear Clerk:

  I am sending you herewith the short record on appeal consisting of the Notice of Appeal, Federal Circuit Appeal Information Sheet, copy of FRAP 3 (d) letter, copy of docket and copy of appealed order.

  Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

**MICHAEL W. DOBBINS, CLERK**

By:
   **Marge King**
   **Deputy Clerk**