IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GLENAYRE ELECTRONICS, INC., | ) | |
| | ) | **FILED** |
| Plaintiff, | ) | |
| | ) | APR 2 3 2003 |
| v. | ) | |
| | ) | MICHAEL W. DOBBINS |
| | ) | No. 02 C 0256   CLERK, U.S. DISTRICT COURT |
| PHILLIP JACKSON, | ) | |
| | ) | |
| Defendant. | ) | Judge Leinenweber |

### SUPPLEMENT TO GLENAYRE'S OPPOSITION TO JACKSON'S MOTION TO AMEND THE JUDGMENT TO ADD PREJUDGMENT INTEREST

On April 23, 2003, Glenayre filed its Opposition to Jackson's Motion To Amend The Judgment To Add Prejudgment Interest. That Opposition facially attached three exhibits, comprised of the curriculum vitae of James Donahue and two separate calculations of Mr. Donahue. These exhibits, however, were intended to be exhibits to the actual Declaration of Mr. Donahue, which the undersigned inadvertently omitted from the Opposition. A copy of that Declaration is attached hereto.

Respectfully submitted,

/s/ ANDREW STAES

COLE & STAES, LTD.
321 S. Plymouth Ct.
Suite 1150
Chicago, IL 60604
(312) 697-0200

### CERTIFICATE OF SERVICE

I, Andrew Staes, certify that I have caused a copy of Glenayre's Supplement to Opposition To Jackson's Motion To Amend The Judgment To Add Prejudgment Interest to be served upon Mr. Raymond P. Niro, Niro Scavone Haller & Niro, 181 W. Madison St., Suite 4600, Chicago, IL 60602 by fax on April 23, 2003.

/s/ ANDREW STAES

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GLENAYRE ELECTRONICS, INC., a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP JACKSON, an individual,<br><br>Defendant. | Civil Action No. 02C 0256<br><br>Honorable Harry D. Leinenweber<br>Magistrate Judge Ian H. Levin |

## DECLARATION OF JAMES DONOHUE

I, James Donohue, declare the following:

1. I am a Managing Director of InteCap, Inc. and my resume is attached as exhibit 1. I have been asked by counsel for Glenayre Electronics, Inc. ("Glenayre") to provide a prejudgment interest calculation for a $12 million judgment in the *Glenayre Electronics, Inc. v. Philip Jackson* matter ("the calculation"). The calculation is attached as exhibit 2.

2. For the purposes of making the calculation Glenayre's counsel has asked me to assume the following:

    a. The $12 million royalty judgment would accrue evenly over the 19 month damage period beginning in December 2001 and ending in June 2003.

    b. The royalty payments would be paid quarterly at the end of the quarter for which they were due.

    c. The interest rate would be the 3 month treasury bill rate in the secondary market and would be compounded monthly.

3. Using these assumptions the total prejudgment interest outstanding as of April 1, 2003 is $76,939.

- 1 -

GLB1.2217JDDEC.DOC

4. Counsel has also requested that I prepare the same calculations using the 3 month certificate of deposit rate ("3 month CD rate"). This rate represents the rate of return an investor could obtain by purchasing a 3 month CD. This calculation is attached as exhibit 3. Using the same assumptions discussed above and the 3 month CD rate the total prejudgment interest amount as of April 1, 2003 would be $83,809.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 23 day of April, 2003.

James Donohue
Managing Director
InteCap, Inc.

CLEI\2217\DDEC DOC