NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public record.

# United States Court of Appeals for the Federal Circuit

02-1537

GLENAYRE ELECTRONICS, INC.,

Plaintiff/Counterclaimant Defendant-Appellee,

and

PRIMECO PERSONAL COMMUNICATIONS, L.P.,

Counterclaimant Defendant,

v.

PHILIP JACKSON,

Defendant/Counterclaimant-Appellant.

ON MOTION

ORDER

Upon consideration of Philip Jackson's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

MAY 29 2003
Date

Jan Horbaly
Clerk

cc: Philip P. Mann, Esq.
Robert P. Greenspoon, Esq.

s16

ISSUED AS A MANDATE: MAY 29 2003

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 9 2003

JAN HORBALY
CLERK

02-1537                                    2

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: MAY 29 2003