Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 256 | **DATE** | 7/15/2004 |
| **CASE TITLE** | Glenayre Electronics Inc. vs. Phillip Jackson | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Glenayre's Motion for Sanctions Pursuant to Rule 11

**DOCKET ENTRY:**

(1) ■ Filed motion of [ use listing in "Motion" box above.]

(2) □ Brief in support of motion due _____.

(3) ■ Answer brief to motion due 29 July 04. Reply to answer brief due 5 Aug. 04.

(4) ■ Ruling on Glenayre's Motion for Sanctions Pursuant to Rule 11 will be by mail.

(5) □ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) □ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) □ Trial[set for/re-set for] on _____ at _____.

(8) □ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) □ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
  □ FRCP4(m)  □ Local Rule 41.1  □ FRCP41(a)(1)  □ FRCP41(a)(2).

(10) [Other docket entry]

(11) [For further detail see

| | | | | |
|---|---|---|---|---|
| ✓ | No notices required, advised in open court. | | | **Document Number** |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | JUL 16 2004 date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | 200 |
| | Copy to judge/magistrate judge. | | | |
| WAP | courtroom deputy's initials | 2004 JUL 16 AM 7:59 FILED-DSTA | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |